AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:17mj 1467(WIG) |
| ANDRE FLOTRON | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __ANDRE FLOTRON__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 371 (conspiracy)
Title 18, United States Code, Section 1343 (wire fraud)
Title 18, United States Code, Section 1348(1) (commodities fraud)
Title 7, United States Code, Sections 6c(a)(5)(C) and 13(a)(2) (spoofing)

/s/ William I. Garfinkel, USMJ

Date: 09/12/2017

*Issuing officer's signature*

City and state: BRIDGEPORT, CONNECTICUT

WILLIAM I. GARFINKEL, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 9/12/2017, and the person was arrested on *(date)* 9/13/2017
at *(city and state)* Wayne, New Jersey.

Date: 9/18/2017

*Arresting officer's signature*

JONATHAN LUCA, Special Agent FBI
*Printed name and title*