UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:17 CR 220 (JAM) |
| | : | |
| v. | : | |
| | : | |
| ANDRE FLOTRON | : | |
| | : | |

**GOVERNMENT'S MOTION TO ADOPT PROPOSED TRIAL SCHEDULE**

The Government respectfully proposes the following schedule for motions *in limine* and other pretrial filings in the above-captioned case. The attorney for the Government conferred with defense counsel regarding this motion, but defense counsel does not consent to the relief sought.

After the Government supersedes the Indictment, as discussed at the November 6, 2017, status conference, the Government will further confer with defense counsel regarding a proposed briefing schedule for any pretrial motions.

| | |
|---|---|
| Expert notice and summaries | February 16, 2018 |
| 404(b) notice, if any | March 2, 2018 |
| Party witness lists, exhibit lists, *Jencks* and reverse-*Jencks* material | March 2, 2018 |
| Motions *in limine* | March 9, 2018 |
| Proposed *voir dire* | March 9, 2018 |
| Proposed jury instructions | March 9, 2018 |
| Responses to motions *in limine* | March 23, 2018 |
| Replies to responses to motions *in limine* | March 30, 2018 |

| | |
|---|---|
| Pretrial conference | Week of April 2, 2018, or as scheduled by the Court |
| Jury selection | April 6, 2018 |
| Trial | April 9, 2018 |

Dated:   December 1, 2017.                    Respectfully submitted,

SANDRA MOSER
Acting Chief, Fraud Section
U.S. Department of Justice

By:  s/ Michael J. Rinaldi
Michael J. Rinaldi
Matthew F. Sullivan
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C.   20530
(202) 598-2508 (telephone)
(202) 514-0152 (facsimile)
Michael.Rinaldi@usdoj.gov
Matthew.Sullivan2@usdoj.gov

JOHN H. DURHAM
U.S. Attorney

Avi M. Perry
Assistant U.S. Attorney
U.S. Attorney's Office
Connecticut Financial Center
157 Church St., Floor 25
New Haven, Connecticut   06510
(203) 821-3700 (telephone)
(203) 773-5377 (facsimile)
avi.m.perry@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify, this first day of December, 2017, that I caused to be served a true and correct copy of the foregoing Government's Motion to Adopt Proposed Trial Schedule, through the Court's electronic filing system, upon the following:

      Marc L. Mukasey, Esq.
      Greenberg Traurig LLP
      MetLife Building
      200 Park Ave.
      New York, N.Y.   10166

      s/ Michael J. Rinaldi
      Michael J. Rinaldi