Criminal Std (6/13/2012)

HONORABLE: **Jeffrey Alker Meyer**
DEPUTY CLERK **Y. Gutierrez**         RPTR/ECRO/TAPE **Diana Huntington**
USPO _____         INTERPRETER _____

TOTAL TIME: ___ hours **35** minutes
DATE: **Dec 4, 2017**   START TIME: **3:03**   END TIME: **3:38**

## COURTROOM MINUTES

| | | | |
|---|---|---|---|
| ☐ IA-INITIAL APPEAR | ☐ BOND HRG | ☐ CHANGE OF PLEA | ☐ IN CAMERA HRG |
| ☐ IA- RULE 5 | ☐ DETENTION HRG | ☐ WAIVER/PLEA HRG | ☐ COMPETENCY HRG |
| ☐ ARRAIGNMENT | ☐ PROBABLE CAUSE | ☐ EXTRADITION HRG | ☐ FORFEITURE |
| ☐ CONFLICT HRG | ☐ EVIDENTIARY HRG | ☒ STATUS CONF | ☐ MOTION HRG |

CRIMINAL NO. **3:17-cr-00220-JAM**   DEFT # **-1**

**UNITED STATES OF AMERICA**
vs
**Andre Flotron**

**Avi Perry**
AUSA

**Marc L. Mukasey, Michael J. Rinaldi**
Counsel for Defendant  Ret ☐  CJA ☒  PDA ☐

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of _____ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ...... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____ (indict, superseding indict, info)
- ☐ ...... Petition to Enter Guilty Plea filed
- ☐ ...... Defendant motions due _____ ; Government responses due _____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for _____ at _____
- ☐ ...... Jury Selection set for _____ at _____
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $_____ on count(s) _____. Total $ _____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of _____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ ...... Defendant detained
- ☐ ...... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ....... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ....... _____
_____
_____
_____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement

Notes: