UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:17CR220(JAM) |
| | : | |
| v. | : | |
| | : | |
| ANDRE FLOTRON | : | December 15, 2017 |

RESPONSE TO MOTION TO MODIFY BOND

The Government respectfully submits this response to the defendant's motion to modify his bond:

The Government opposes any modification that would return Dr. Bejan's passport to her and permit her to travel outside of the United States.

The Government consents to a modification to permit a single ninety-minute trip per week outside of Mr. Flotron's house to participate in pro-social activities at locations that have been pre-approved by the United States Probation Office.

The Government has consulted with January Welks, United States Probation Officer, who advised that she concurs with the Government's position.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
avi.m.perry@usdoj.gov
203-821-3700
Fax: 203-773-5377
Federal Bar No. phv07156

<u>CERTIFICATE OF SERVICE</u>

      This is to certify that on December 15, 2017, a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY