UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDRE FLOTRON,<br><br>          Defendant. | S1 17 Cr. 220 (JAM)<br><br>February 6, 2018 |

**DEFENDANT'S MOTION TO DISMISS THE SUPERSEDING INDICTMENT
OR, IN THE ALTERNATIVE, TO STRIKE PREJUDICIAL SURPLUSAGE**

Defendant Andre Flotron, by and through the undersigned counsel and pursuant to Rules 7 and 12 of the Federal Rules of Criminal Procedure, respectfully moves for an order dismissing the Superseding Indictment (ECF No. 58) or, in the alternative, striking prejudicial surplusage. In support of his motion, Defendant respectfully submits the accompanying Memorandum of Law.

Respectfully submitted,

GREENBERG TRAURIG LLP

By:  /s/ Marc L. Mukasey
     Marc L. Mukasey (ct29885)
     Nathan J. Muyskens
     Daniel E. Clarkson (ct30395)

     200 Park Avenue
     New York, NY 10166
     Telephone: (212) 801-9200
     Facsimile: (212) 801-6400
     *Attorneys for Defendant Andre Flotron*

## AFFIRMATION OF SERVICE

I hereby certify that on February 6, 2018, a copy of the foregoing Defendant's Motion to Dismiss the Superseding Indictment or, in the Alternative, to Strike Prejudicial Surplusage was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
February 6, 2018

/s/ Marc L. Mukasey
Marc L. Mukasey
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mukaseym@gtlaw.com