Crim-Mot hrg (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK Y. Gutierrez          RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 1 hours _____ minutes   USPO _____   INTERPRETER _____

DATE: 2/15/2018   START TIME: 10:35   END TIME: 11:35

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CRIMINAL NO. 3:17-cr-00220-JAM _____ Deft #1 _____

UNITED STATES OF AMERICA

vs

Andre Flotron

Avi Perry

AUSA

Marc L. Mukasey

Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | | |
|---|---|---|---|---|
| ☒......# 64 | Deft Flotron | Motion to Dismiss | ☐ granted ☐ denied ☒ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |

☐............ Brief(s) due _____ Response(s) due _____ Replies due _____

☐............ Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR

☐............ Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified

☐............ Defendant REMANDED to custody

☐............ Competency Hearing ☐ held ☐ continued until _____ at _____

☐............ _____ hearing continued until _____ at _____

☐............ Court finds defendant _____ ☐ competent ☐ incompetent

☐............ Court orders defendant _____ to undergo psychiatric evaluation

☐............ Motion Hearing continued until _____ at _____

☐............ SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed

NOTES OR

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____