UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDRE FLOTRON,<br><br>Defendant. | S1 17 Cr. 220 (JAM)<br><br>March 1, 2018 |

## DEFENDANT'S MOTION FOR AN EXPEDITED BRIEFING SCHEDULE

Defendant Andre Flotron, by and through the undersigned counsel, respectfully moves for an order granting an expedited briefing schedule related to Defendant's Motion To Compel, filed on March 1, 2018. Mr. Flotron requests a deadline of March 7, 2018, for Quantlab Financial, LLC to respond to the Motion to Compel, followed by a deadline of March 9, 2018, for Mr. Flotron's reply. Mr. Flotron requests oral argument on the Motion to Compel on March 12, 2018, or as soon thereafter as the Court is available.

As set forth in the Memorandum Of Law In Support Of Defendant's Motion To Compel, filed on March 1, 2018, the requested documents are critical to Mr. Flotron's defense and to the development of his trial strategy. The standard briefing schedule, which requires an opposition brief to be filed within twenty-one days of the opening motion and a reply fourteen days thereafter, *see* Local Civ. Rule 7(a)(2), (d), will not allow Mr. Flotron to receive, review, and analyze the requested documents – which are highly technical and will require review by trading and technical experts – in time for their use at trial.

Anticipating this request for an expedited briefing schedule, defense counsel previously notified counsel for Quantlab of its intention to file a motion to compel in order to allow Quantlab to retain the necessary outside counsel.

Counsel for Quantlab does not consent to Mr. Flotron's proposed schedule, and would instead propose March 16, 2018, as its deadline to respond.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:  /s/ Marc L. Mukasey
      Marc L. Mukasey (ct29885)
      Nathan J. Muyskens (phv09472)
      Daniel P. Filor (phv08911)
      200 Park Avenue
      New York, NY 10166
      Telephone: (212) 801-6832
      Facsimile: (212) 801-6400
      *Attorneys for Defendant Andre Flotron*

**AFFIRMATION OF SERVICE**

I hereby certify that on March 1, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Furthermore, a copy was served on Quantlab Financial LLC. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
March 1, 2018

/s/ Marc L. Mukasey
Marc L. Mukasey
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mukaseym@gtlaw.com