

Marc L. Mukasey
Tel 212.801.6832
Fax 212.801.6400
mukaseym@gtlaw.com

March 1, 2018

VIA CM/ECF

The Honorable Jeffrey A. Meyer
U.S. District Judge for the District of Connecticut
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, Connecticut 06510

    Re: *United States v. Flotron*, S1 17 Cr. 220 (JAM)

Dear Judge Meyer:

    We write regarding our recently filed Motion to Compel (ECF No. 86) and Motion for an Expedited Briefing Schedule (ECF No. 88), both filed today. In our Motion to Compel, we requested an order compelling Quantlab Financial LLC ("Quantlab"), a trading firm with two employees whom the government has noticed as potential trial witnesses, to produce documents responsive to a subpoena served on it (the "Subpoena"). We requested oral argument on our Motion to Compel. *See* ECF No. 86. In light of the defense's need for this critical information as soon as practicable in order to review and analyze it before trial, in our Motion for an Expedited Briefing Schedule, we requested a deadline of March 7, 2018, for Quantlab to file an opposition. *See* ECF No. 88.

    In addition, today Quantlab filed a Motion to Quash the Subpoena. Motion to Quash, *In the Matter of Subpoena Duces Tecum Addressed To Quantlab Financial LLC*, No. 18-cv-367 (D. Conn.) (unassigned), ECF No. 1 (Exh. A).

    Accordingly, because Quantlab has filed a Motion to Quash effectively opposing Mr. Flotron's Motion to Compel, we believe the Motion to Compel has been adequately briefed by both Mr. Flotron and Quantlab. We respectfully request oral argument on the Motion to Compel at the Court's earliest convenience. We understand that the Court is currently conducting a trial. We are available for oral argument in the mornings before trial, in the afternoons following trial, or telephonically at any time.

Letter to Hon. Jeffrey A. Meyer
March 1, 2018
Page 2

Thank you for your consideration of these matters.

                        Respectfully submitted,

                        GREENBERG TRAURIG, LLP

                        By: /s/ Marc L. Mukasey
                            Marc L. Mukasey (ct29885)
                            Nathan J. Muyskens (phv09472)
                            Daniel P. Filor (phv08911)
                            200 Park Avenue
                            New York, NY 10166
                            Telephone: (212) 801-6832
                            Facsimile: (212) 801-6400
                            *Attorneys for Defendant Andre Flotron*

Cc:    Counsel for the government (via CM/ECF)
        Counsel for Quantlab Financial LLC (via email)
        Presiding Judge for *In the Matter of Subpoena Duces Tecum Addressed To Quantlab Financial LLC*, No. 18-cv-367 (D. Conn.) (via overnight mail, when assigned)

**AFFIRMATION OF SERVICE**

    I hereby certify that on March 1, 2018, a copy of the foregoing letter was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
         March 1, 2018

                                    /s/ Marc L. Mukasey
                                Marc L. Mukasey (ct29885)
                                Greenberg Traurig, LLP
                                200 Park Avenue
                                New York, NY 10166
                                Telephone: (212) 801-6832
                                Facsimile: (212) 801-6400
                                *Attorneys for Defendant Andre Flotron*