UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:17 CR 220 (JAM) |
| | : | |
| v. | : | |
| | : | |
| ANDRE FLOTRON | : | |
| | : | |

**GOVERNMENT'S WITNESS LIST**

The government intends to call the following witnesses as part as of its case

in chief at trial in the above-captioned case:

1.   Kar-Hoe (Mike) Chan

2.   CME Group Inc. witnesses (custodians of records regarding trading

     data, Tag50 information, and data dictionaries)

3.   CME Group Inc. witness (regarding Globex)

4.   Hovannes Dermenchyan

5.   Daniel Driscoll

6.   Jonathan Eddy

7.   FBI linguist (regarding document translations)

8.   Alexander Gerko

9.   John Huth

10.  William Ishmael

11.  Wolfgang Kajewski

12.  Jonathan Luca

13.  James Oates

14.    Lisa B. Pinheiro

15.    Samantha Slattery

16.    Sergio Soler

17.    Anand Twells

18.    UBS witnesses (custodians of business records regarding trading data

and other business records)

19.    U.S. Customs and Border Protection ("CBP") witness (custodians of

business records)

20.    Jessica Volchko

Dated:   March 2, 2018.                         Respectfully submitted,

                                                SANDRA MOSER
                                                Acting Chief, Fraud Section
                                                U.S. Department of Justice

                                        By:  s/ Michael J. Rinaldi
                                             Robert Zink
                                             Acting Principal Deputy Chief
                                             Michael J. Rinaldi
                                             Matthew F. Sullivan
                                             Trial Attorneys
                                             Criminal Division, Fraud Section
                                             U.S. Department of Justice
                                             1400 New York Ave., N.W.
                                             Washington, D.C.   20530
                                             (202) 514-2000 (telephone)
                                             (202) 514-0152 (facsimile)
                                             Robert.Zink@usdoj.gov
                                             Michael.Rinaldi@usdoj.gov
                                             Matthew.Sullivan2@usdoj.gov

2

JOHN H. DURHAM
U.S. Attorney

Avi M. Perry
Assistant U.S. Attorney
U.S. Attorney's Office
Connecticut Financial Center
157 Church St., Floor 25
New Haven, Connecticut   06510
(203) 821-3700 (telephone)
(203) 773-5377 (facsimile)
Avi.M.Perry@usdoj.gov
Federal Bar No. phv07156

3

CERTIFICATE OF SERVICE

I hereby certify, this second day of March, 2018, that I caused to be served a

true and correct copy of the foregoing Government's Witness List, through the

Court's electronic filing system, upon the following:

> Marc L. Mukasey, Esq.
> Greenberg Traurig, LLP
> MetLife Building
> 200 Park Ave.
> New York, N.Y.   10166

s/ Michael J. Rinaldi
Michael J. Rinaldi