UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:17 CR 220 (JAM) |
| | : | |
| v. | : | |
| | : | |
| ANDRE FLOTRON | : | |
| | : | |

## GOVERNMENT'S WITNESS LIST

The government intends to call the following witnesses as part as of its case in chief at trial in the above-captioned case:

1. Kar-Hoe (Mike) Chan

2. CME Group Inc. witnesses (custodians of records regarding trading data, Tag50 information, and data dictionaries)

3. CME Group Inc. witness (regarding Globex)

4. Hovannes Dermenchyan

5. Daniel Driscoll

6. Jonathan Eddy

7. FBI linguist (regarding document translations)

8. Alexander Gerko

9. John Huth

10. William Ishmael

11. Wolfgang Kajewski

12. Jonathan Luca

13. James Oates

14. Lisa B. Pinheiro

15. Samantha Slattery

16. Sergio Soler

17. Anand Twells

18. UBS witnesses (custodians of business records regarding trading data and other business records)

19. U.S. Customs and Border Protection ("CBP") witness (custodians of business records)

20. Jessica Volchko

Dated: March 2, 2018.                    Respectfully submitted,

                                SANDRA MOSER
                                Acting Chief, Fraud Section
                                U.S. Department of Justice

                        By: <u>s/ Michael J. Rinaldi</u>
                                Robert Zink
                                Acting Principal Deputy Chief
                                Michael J. Rinaldi
                                Matthew F. Sullivan
                                Trial Attorneys
                                Criminal Division, Fraud Section
                                U.S. Department of Justice
                                1400 New York Ave., N.W.
                                Washington, D.C.  20530
                                (202) 514-2000 (telephone)
                                (202) 514-0152 (facsimile)
                                Robert.Zink@usdoj.gov
                                Michael.Rinaldi@usdoj.gov
                                Matthew.Sullivan2@usdoj.gov

JOHN H. DURHAM
U.S. Attorney

Avi M. Perry
Assistant U.S. Attorney
U.S. Attorney's Office
Connecticut Financial Center
157 Church St., Floor 25
New Haven, Connecticut   06510
(203) 821-3700 (telephone)
(203) 773-5377 (facsimile)
Avi.M.Perry@usdoj.gov
Federal Bar No. phv07156

CERTIFICATE OF SERVICE

I hereby certify, this second day of March, 2018, that I caused to be served a true and correct copy of the foregoing Government's Witness List, through the Court's electronic filing system, upon the following:

>Marc L. Mukasey, Esq.
>Greenberg Traurig, LLP
>MetLife Building
>200 Park Ave.
>New York, N.Y.   10166

>s/ Michael J. Rinaldi
>Michael J. Rinaldi