UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDRE FLOTRON,<br><br>                Defendant. | S1 17 Cr. 220 (JAM)<br><br>March 8, 2018 |

# DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE UNDISCLOSED EXPERT TESTIMONY

Defendant Andre Flotron, by and through the undersigned counsel, respectfully submits this Motion *in Limine* to Preclude Undisclosed Expert Testimony. In support of his motion, Defendant respectfully submits the accompanying Memorandum of Law.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ Marc L. Mukasey
Marc L. Mukasey (ct29885)
Nathan J. Muyskens (phv09472)
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-6832
Facsimile: (212) 801-6400
*Attorneys for Defendant Andre Flotron*

# AFFIRMATION OF SERVICE

I hereby certify that on March 8, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
March 8, 2018

                                        /s/ Marc L. Mukasey
                                        Marc L. Mukasey
                                        Greenberg Traurig, LLP
                                        200 Park Avenue
                                        New York, NY 10166
                                        Telephone: (212) 801-9200
                                        Facsimile: (212) 801-6400
                                        Email: mukaseym@gtlaw.com