UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>ANDRE FLOTRON,<br><br>              Defendant. | S1 17 Cr. 220 (JAM)<br><br>March 8, 2018 |

**DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE REGARDING UBS COMPLIANCE CODES AND POLICIES**

    Defendant Andre Flotron, by and through the undersigned counsel, respectfully submits this Motion *in Limine* to Preclude Evidence Regarding UBS Compliance Codes and Policies. In support of his motion, Defendant respectfully submits the accompanying Memorandum of Law.

    Respectfully submitted,

    GREENBERG TRAURIG, LLP

By:  /s/ Marc L. Mukasey
    Marc L. Mukasey (ct29885)
    Nathan J. Muyskens (phv09472)
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 801-6832
    Facsimile: (212) 801-6400
    *Attorneys for Defendant Andre Flotron*

**AFFIRMATION OF SERVICE**

I hereby certify that on March 8, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
March 8, 2018

 /s/ Marc L. Mukasey
Marc L. Mukasey
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mukaseym@gtlaw.com