UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:17 CR 220 (JAM) |
|---|---|---|
| v. | : : : | |
| ANDRE FLOTRON | : : | March 13, 2018 |

## GOVERNMENT'S REVISED EXHIBIT LIST

The Government respectfully submits the following revised exhibit list for its case in chief at trial in the above-captioned case.

| Exhibit Number | Description | Bates Range/Identifier |
|---|---|---|
| **GX 001** | Certain CME RAPID Data for Gold, Silver, Platinum, and Palladium Futures Contract Orders (appx. 2008-appx. 2013) | DOJ_00093503–DOJ_00093507; DOJ_00093508–DOJ_00093847; DOJ_00160323–DOJ_00160324; DOJ_00160509; DOJ_00288167–DOJ_00288338; DOJ_00224485; DOJ_01015972 |
| **GX 002** | Certain CME Market Depth Data (including ARMADA Data) for Gold, Silver, Platinum, and Palladium Futures Contract Orders (appx. 2008-appx. 2013) | DOJ_00093848–DOJ_00160322; DOJ_00160498; DOJ_00160499; DOJ_00160506; DOJ_00162400 |
| **GX 003** | Certain UBS SwisKey Order Data (appx. 2008-appx. 2013) | DOJ_00283206–DOJ_00283213 |
| **GX 004** | Certain Tag50 Registration Information | DOJ_00162400; DOJ_01006736; DOJ_01006737 |
| **GX 005** | Various CME Data Dictionaries | DOJ_00050182–DOJ_00050232; DOJ_00050256 |

1

| Exhibit Number | Description | Bates Range/Identifier |
|---|---|---|
| **GX 006** | Various RAPID Data Provided by UBS | DOJ_00035297–DOJ_00039079; DOJ_00091459–DOJ_00091461 |
| **GX 007** | Flotron Compensation Report | DOJ_00091456 |
| **GX 008** | Flotron Performance Ratings | DOJ_00091458 |
| **GX 009** | Flotron Training Verification File | DOJ_00161701 |
| **GX 010** | UBS Training PowerPoint (Exchange Traded Derivatives Introductory Training Module) | DOJ_00034312 |
| **GX 011** | UBS Training Materials (UBS-Market Conduct-Investment Bank) | DOJ_00034585 |
| **GX 012** | Swiss General Compliance Manual | DOJ_01005906 |
| **GX 013** | EMEA Fixed Income Currencies and Commodities Manual-Switzerland | DOJ_01005747 |
| **GX 014** | UBS Investment Bank Compliance Manual for US Employees | DOJ_01006098 |
| **GX 015** | Chan Performance Ratings 2007-2011 | DOJ_00091457 |
| **GX 016** | Chan Performance Review 2007-2012 | DOJ_00093287 |
| **GX 017** | Various UBS Org Charts | DOJ_00929189 DOJ_00929187 DOJ_00929185 DOJ_00929183 DOJ_00929180 DOJ_00929177 |
| **GX 018** | SwisKey Video | DOJ_00929159 |
| **GX 019** | SwisKey Video | DOJ_00929160 |
| **GX 020(a)** | UBS Trading Floor #1 | DOJ_01005658 |
| **GX 020(b)** | UBS Trading Floor #2 | DOJ_01005660 |
| **GX 020(c)** | UBS Trading Floor #3 | DOJ_01005661 |
| **GX 020(d)** | UBS Trading Floor #4 | DOJ_01005662 |
| **GX 020(e)** | UBS Trading Floor #5 | DOJ_01005663 |
| **GX 020(f)** | UBS Trading Floor #6 | DOJ_01005664 |
| **GX 021** | Exterior of UBS Trading Facility | DOJ_01005659 |
| **GX 022** | UBS Trading Floor Schematic | DOJ_01005665 |
| **GX 023** | Flotron Travel Records | DOJ_01020007–DOJ_01020010 |
| **GX 024** | INTENTIONALLY LEFT BLANK | |
| **GX 025** | Chan Agreement | DOJ_00160495 |
| **GX 026** | Email:  June 4, 2010 | DOJ_00288119 |
| **GX 027** | Email:  November 6, 2012 | DOJ_00288112 |

| Exhibit Number | Description | Bates Range/Identifier |
|---|---|---|
| **GX 028** | Email: November 9, 2012 | DOJ_00288126 |
| **GX 029** | Email: November 28, 2012 | DOJ_00288103 |
| **GX 030** | Email: February 5, 2013 | DOJ_00288111 |
| **GX 031** | Email: June 5, 2013 | DOJ_00288099 |
| **GX 032** | Email: August 12, 2013 | DOJ_00288131 |
| **GX 033** | Email: January 8, 2014 | DOJ_00288124 |
| **GX 034(a)** | Chan Notes (Native) | |
| **GX 034(b)** | Chan Notes | DOJ_00288148 |
| **GX 034(c)** | Chain of Custody | DOJ_01006547–DOJ_01006550 |
| **GX 035** | Chat: February 5, 2008 | DOJ_00000972 |
| **GX 036** | Chat: March 18, 2008 | DOJ_00006512 |
| **GX 036(a)** | Email: June 23, 2008 | DOJ_00163340 |
| **GX 037** | Chat: October 22, 2008 | DOJ_00033575 |
| **GX 038** | Chat: December 11, 2008 | DOJ_00007187 |
| **GX 039** | Email: December 19, 2008 | DOJ_00169931 |
| **GX 040** | Chat: January 7, 2009 | DOJ_00001198 |
| **GX 041** | Chat: January 8, 2009 | DOJ_00001210 |
| **GX 042** | Chat: March 4, 2009 | DOJ_00001389 |
| **GX 043** | Chat: March 20, 2009 | DOJ_00033578 |
| **GX 044** | Email: April 30, 2009 | DOJ_00177859 |
| **GX 045** | Chat Transcript: May 18, 2009 | DOJ_00032792 |
| **GX 046** | Chat: September 2, 2009 | DOJ_00027513 |
| **GX 047** | Chat: October 16, 2009 | DOJ_00007425 |
| **GX 048** | Chat: November 3, 2009 | DOJ_00001736 |
| **GX 049** | Chat: November 27, 2009 | DOJ_00039118 |
| **GX 050** | Chat: February 24, 2010 | DOJ_00001852 |
| **GX 050(a)** | Chat: April 13, 2010 | DOJ_00006680 |
| **GX 051** | Chat: April 30, 2010 | DOJ_00039085 |
| **GX 051(a)** | Chat: April 30, 2010 | DOJ_00006582 |
| **GX 051(b)** | Chat: August 2, 2010 | DOJ_00006955–DOJ_00006959 |
| **GX 052** | Chat: August 31, 2010 | DOJ_00006942 |
| **GX 052(a)** | Chat: March 20, 2011 | DOJ_00033590–DOJ_00033591 |
| **GX 052(b)** | Chat: January 7, 2011 | DOJ_00002594–DOJ_00002608 |
| **GX 053(a)** | Email/Chat: March 16, 2011 (In German) | DOJ_00185533 |
| **GX 053(b)** | Email/Chat: March 16, 2011 (English Translation) | |
| **GX 053(c)** | Chat: March 29, 2011 | DOJ_00003355–DOJ_00003372 |

| Exhibit Number | Description | Bates Range/Identifier |
|---|---|---|
| **GX 053(d)** | Chat: March 29, 2011 | DOJ_00003373–DOJ_00003378 |
| **GX 054** | Chat:  April 1, 2011 | DOJ_00001888 |
| **GX 055** | Email:  May 9, 2011 | DOJ_00007445 |
| **GX 056** | Email:  June 6, 2011 | DOJ_00007416 |
| **GX 057(a)** | Email/Chat:  July 11, 2011 (In German) | DOJ_00188680 |
| **GX 057(b)** | Email/Chat:  July 11, 2011 (English Translation) | |
| **GX 058** | Email/Chat:  August 11, 2011 | DOJ_00005568 |
| **GX 059** | Email/Chat:  August 12, 2011 | DOJ_00005602 |
| **GX 060** | Email:  August 15, 2011 | DOJ_00189347 |
| **GX 061** | Chat:  August 22, 2011 | DOJ_00001908 |
| **GX 062** | Chat:  April 25, 2011 | DOJ_00007196 |
| **GX 063** | Email/Chat:  November 17, 2011 | DOJ_00191390 |
| **GX 064** | Email/Chat:  November 28, 2011 | DOJ_00191490 |
| **GX 065** | Email/Chat:  December 9, 2011 | DOJ_00191740 |
| **GX 066** | Email/Chat:  December 9, 2011 | DOJ_00191742 |
| **GX 067** | Email/Chat:  December 12, 2011 | DOJ_00191754 |
| **GX 068** | Email:  January 16, 2012 | DOJ_00192260 |
| **GX 069** | Email/Chat:  January 24, 2012 | DOJ_00928794 |
| **GX 069(a)** | Email/Chat:  February 29, 2012 | DOJ_00192780 |
| **GX 070** | Email/Chat: March 12, 2012 | DOJ_00192917 |
| **GX 071** | Email/Chat:  April 13, 2012 | DOJ_00193425 |
| **GX 072** | Email/Chat:  May 31, 2012 | DOJ_00194683 |
| **GX 073** | Email:  June 6, 2012 | DOJ_00012461 |
| **GX 073(a)** | Chat: July 31, 2012 | DOJ_00039125 |
| **GX 074** | Email/Chat:  August 6, 2012 | DOJ_00928800 |
| **GX 075** | Email/Chat:  August 28, 2012 | DOJ_00007433 |
| **GX 076** | Email/Chat:  September 4, 2012 | DOJ_00195512 |
| **GX 077** | Email/Chat:  September 4, 2012 | DOJ_00007440 |
| **GX 078** | Email/Chat:  October 3, 2012 | DOJ_00214860 |
| **GX 079** | Email/Chat:  October 23, 2012 | DOJ_00217353 |
| **GX 080** | Email/Chat:  October 24, 2012 | DOJ_00217397 |
| **GX 081** | Email/Chat:  October 26, 2012 | DOJ_00217462 |
| **GX 082** | Email/Chat:  October 26, 2012 | DOJ_00928814 |
| **GX 082(a)** | Email/Chat:  November 26, 2012 | DOJ_00012683 |
| **GX 082(b)** | Email: November 9, 2012 | DOJ_00288126 |
| **GX 083** | Email/Chat:  June 26, 2013 | DOJ_00049799 |
| **GX 100** | Buy-Side Episode (animated) | Demonstrative |
| **GX 101** | Sell-Side Episode (animated) | Demonstrative |
| **GX 101(a)** | April 5, 2011, Flotron Trading Activity (animated) | GX 001–GX 006 |
| **GX 101(b)** | April 5, 2011, Flotron Trading Activity (annotated) | GX 001–GX 006 |

| Exhibit Number | Description | Bates Range/Identifier |
|---|---|---|
| **GX 102** | May 8, 2012, Flotron Trading Activity (animated) | GX 001–GX 006 |
| **GX 103** | May 8, 2012, Flotron Trading Activity (annotated) | GX 001–GX 006 |
| **GX 104** | June 28, 2012, Flotron Trading Activity (animated) | GX 001–GX 006 |
| **GX 105** | June 28, 2012, Flotron Trading Activity (annotated) | GX 001–GX 006 |
| **GX 105(a)** | June 28, 2012, Flotron Trading Activity (animated) | GX 001–GX 006 |
| **GX 105(b)** | June 28, 2012, Flotron Trading Activity (annotated) | GX 001–GX 006 |
| **GX 105(c)** | June 28, 2012, Flotron Trading Activity (animated) | GX 001–GX 006 |
| **GX 105(d)** | June 28, 2012, Flotron Trading Activity (annotated) | GX 001–GX 006 |
| **GX 106** | August 7, 2012, Flotron Trading Activity (animated) | GX 001–GX 006 |
| **GX 107** | August 7, 2012, Flotron Trading Activity (annotated) | GX 001–GX 006 |
| **GX 108** | January 21, 2013, Flotron Trading Activity (animated) | GX 001–GX 006 |
| **GX 109** | January 21, 2013, Flotron Trading Activity (annotated) | GX 001–GX 006 |
| **GX 110** | February 15, 2013, Flotron Trading Activity (animated) | GX 001–GX 006 |
| **GX 111** | February 15, 2013, Flotron Trading Activity (annotated) | GX 001–GX 006 |
| **GX 112** | September 17, 2013, Flotron Trading Activity (animated) | GX 001–GX 006 |
| **GX 113** | September 17, 2013, Flotron Trading Activity (annotated) | GX 001–GX 006 |
| **GX 114** | September 30, 2013, Flotron Trading Activity (animated) | GX 001–GX 006 |
| **GX 115** | September 30, 2013, Flotron Trading Activity (annotated) | GX 001–GX 006 |
| **GX 116** | February 28, 2010, Chan Trading Activity (animated) | GX 001–GX 006 |
| **GX 117** | February 28, 2010, Chan Trading Activity (annotated) | GX 001–GX 006 |
| **GX 118** | March 9, 2010, Chan Trading Activity (animated) | GX 001–GX 006 |
| **GX 119** | March 9, 2010, Chan Trading Activity (annotated) | GX 001–GX 006 |
| **GX 126** | Omnibus Collection of Flotron Trading Episodes (538 episodes) (annotated) | GX 001–GX 006 |

5

| Exhibit Number | Description | Bates Range/Identifier |
|---|---|---|
| **GX 127** | Omnibus Collection of Chan Trading Episodes (274 episodes) (annotated) | GX 001–GX 006 |
| **GX 128** | Flotron Trades – Totals by Year | GX 001–GX 006 |
| **GX 129** | Flotron Trades – Totals by Product | GX 001–GX 006 |
| **GX 130** | Flotron Trades – Total Buy/Sell Orders | GX 001–GX 006 |
| **GX 130(a)** | Certain Flotron Orders by Size | GX 001–GX 006 |
| **GX 131** | Flotron Total Small Orders – Percentage Iceberg Orders | GX 001–GX 006 |
| **GX 132** | Flotron Total Small Orders: Average/Median Size of Order | GX 001–GX 006 |
| **GX 133** | Flotron Visible Small Orders – Flotron Average/Median Visible Size v. Market Average/Median Quantity | GX 001–GX 006 |
| **GX 134** | Flotron Visible Small Orders – Average/Median Notional Amount for Visible Small Orders v. Market Average/Median Notional Amount for all Orders | GX 001–GX 006 |
| **GX 135** | Flotron Visible Small-Orders – Average/Median Order Level at Placement | GX 001–GX 006 |
| **GX 136** | Flotron Visible Small Orders – Average Percentage of Market | GX 001–GX 006 |
| **GX 137** | Flotron Visible Small Orders – Average/Median Time Lapse Between Small Order Placement and Large Order Placement | GX 001–GX 006 |
| **GX 138** | Flotron Large Orders – Total Number of Large Orders Placed | GX 001–GX 006 |
| **GX 139** | Flotron Large Orders – Average/Median Size | GX 001–GX 006 |
| **GX 140** | Flotron Large Orders – Flotron Average/Median Quantity v. Market Average/Median Quantity | GX 001–GX 006 |
| **GX 141** | Percentage Iceberg Order | GX 001–GX 006 |
| **GX 142** | Flotron Large Orders – Average/Median Level at Placement | GX 001–GX 006 |
| **GX 143** | Flotron Large Orders – Average % of Market | GX 001–GX 006 |
| **GX 144** | Flotron Small Order Fills – Total Number of Contracts Filled | GX 001–GX 006 |
| **GX 145** | Flotron Small Order Fills – Fill/Cancellation Rates | GX 001–GX 006 |
| **GX 146** | Flotron Small Order Fills – Fill/Cancellation Ratios | GX 001–GX 006 |
| **GX 147** | Flotron Small Order Fills – Average/Median Time Lapse from Placement of Large Order to Fill of Small Order | GX 001–GX 006 |

| Exhibit Number | Description | Bates Range/Identifier |
|---|---|---|
| GX 148 | Flotron Small Order Fills – Average/Median Price Change Between Time of Large Order Placement and Fill of Small Order | GX 001–GX 006 |
| GX 149 | Market Fills – Total Number of Market Fills Between Time of Large Order Placement and Large Order Cancellation | GX 001–GX 006 |
| GX 150 | Market Fills – Average/Median Number of Market Fills Between Time of Large Order Placement and Large Order Cancellation | GX 001–GX 006 |
| GX 151 | Market Fills – Average Notional Value of Market Fills Between Time of Large Order Placement and Large Order Cancellation | GX 001–GX 006 |
| GX 152 | Market Fills – Average Number of Market Participants Executing Market Orders Between Time of Large Order Placement and Large Order Cancellation | GX 001–GX 006 |
| GX 153(a) | Flotron Large Order Cancellations – Total Number of Contracts Filled | GX 001–GX 006 |
| GX 153(b) | Flotron Large Order Cancellations – Fill/Cancellation Rates | GX 001–GX 006 |
| GX 153(c) | Flotron Large Order Cancellations – Fill/Cancellation Ratios | GX 001–GX 006 |
| GX 154 | Flotron Large Order Cancellations – Average Time Lapse Between Last Fill of Small Order and Cancellation of Large Order | GX 001–GX 006 |
| GX 155 | Flotron Small Order Fills – Total Gain/Loss Avoidance | GX 001–GX 006 |
| GX 156 | Flotron Small Order Fills – Average/Median Gain Per Episode | GX 001–GX 006 |
| GX 157 | Flotron Small Order Fills – Total Market Impact | GX 001–GX 006 |
| GX 158 | Flotron Small Order Fills – Average/Median Market Impact Per Episode | GX 001–GX 006 |
| GX 159 | Flotron Trade Comparisons: Fill Rates & Ratios – Large Orders v. Small Orders | GX 001–GX 006 |
| GX 160 | Flotron Trade Comparisons: Order Size – Average Large Order v. Average Small Order | GX 001–GX 006 |
| GX 161 | Flotron Trade Comparisons: Notional Amount – Average/Median Large Order v. Average/Median Small Order | GX 001–GX 006 |
| GX 162 | Flotron Trade Comparisons: Percentage of Market – Average/Median Large Order Percentage v. Average/Median Small Order Percentage | GX 001–GX 006 |
| GX 163 | Flotron and Chan (Total Number of Episodes) | GX 001–GX 006 |

| Exhibit Number | Description | Bates Range/Identifier |
|---|---|---|
| **GX 164** | Flotron and Chan (Small Order Placements) | GX 001–GX 006 |
| **GX 165** | Flotron and Chan (Large Order Placements) | GX 001–GX 006 |
| **GX 166** | Flotron and Chan (Small Order Fills) | GX 001–GX 006 |
| **GX 167** | Flotron and Chan (Large Order Cancellations) | GX 001–GX 006 |
| **GX 168** | Flotron and Chan (Gain) | GX 001–GX 006 |
| **GX 169** | Flotron and Chan (Market Impact) | GX 001–GX 006 |
| **GX 170** | Averages:  Flotron Episodes | GX 001–GX 006 |
| **GX 171** | Averages:  Chan Episodes | GX 001–GX 006 |
| **GX 172** | Comparison of Market Order Size v. Flotron Order Size (Small & Large Orders) | GX 001–GX 006 |
| **GX 173** | Comparison of Market Notional Value v. Flotron Notional Value (Small & Large Orders) | GX 001–GX 006 |

Respectfully submitted,

SANDRA MOSER
Acting Chief, Fraud Section
U.S. Department of Justice

By: s/ Michael J. Rinaldi
    Robert Zink
    Acting Principal Deputy Chief
    Michael J. Rinaldi
    Matthew F. Sullivan
    Trial Attorneys
    Criminal Division, Fraud Section
    U.S. Department of Justice
    1400 New York Ave., N.W.
    Washington, D.C. 20530
    (202) 514-2000 (telephone)
    (202) 514-0152 (facsimile)
    Robert.Zink@usdoj.gov
    Michael.Rinaldi@usdoj.gov
    Matthew.Sullivan2@usdoj.gov

    JOHN H. DURHAM
    U.S. Attorney

    Avi M. Perry
    Assistant U.S. Attorney
    U.S. Attorney's Office
    Connecticut Financial Center
    157 Church St., Floor 25
    New Haven, Connecticut 06510
    (203) 821-3700 (telephone)
    (203) 773-5377 (facsimile)
    Avi.M.Perry@usdoj.gov
    Federal Bar No. phv07156

<u>CERTIFICATE OF SERVICE</u>

I hereby certify, this thirteenth day of March, 2018, that I caused to be served a true and correct copy of the foregoing Government's Exhibit List, through the Court's electronic filing system, upon the following:

>Marc L. Mukasey, Esq.
>Greenberg Traurig, LLP
>MetLife Building
>200 Park Ave.
>New York, N.Y.  10166

<u>s/ Michael J. Rinaldi</u>
Michael J. Rinaldi