Crim-Mot hrg (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK Y. Gutierrez                    RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 2 hours 27 minutes    USPO_____ INTERPRETER_____

DATE: 3/12/2018    START TIME: 3:38    END TIME: 6:05

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)    FROM: _____ TO: _____

CRIMINAL NO. 3:17-cr-00220-JAM _____ Deft #1_____

Jacob Kaplan, Richard P. Colbert, Simon Garfield

UNITED STATES OF AMERICA

Avi Perry , Robert Zink
_____
AUSA

vs

Marc L. Mukasey, Daniel P. Filor, Kedar S. Bhatia

Andre Flotron

Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | |
|---|---|---|---|
| ☒......# 66 | Deft_____ Motion to Dismiss | ☐ granted ☐ denied ☒ advisement |
| ☒......# 86 | Deft_____ Motion to Compel | ☐ granted ☐ denied ☒ advisement |
| ☒......# 88 | Deft_____ Motion to Expedited Briefing | ☐ granted ☐ denied ☒ advisement |
| ☒......# 92 | Deft_____ Motion in Limine | ☐ granted ☐ denied ☒ advisement |
| ☒......# 96 | Deft_____ Motion to Amend | ☐ granted ☐ denied ☒ advisement |
| ☒......# 107 | Deft_____ Motion in Limine | ☐ granted ☐ denied ☒ advisement |
| ☒......# 108 | Deft_____ Motion in Limine | ☐ granted ☐ denied ☒ advisement |
| ☒......# 110 | Deft_____ Motion in Limine | ☐ granted ☐ denied ☒ advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ oral motion in Limine | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ oral motion in Limine | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ oral motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐............ | Brief(s) due _____ Response(s) due _____ Replies due _____ | |
| ☐............ | Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR | |
| ☐............ | Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified | |
| ☐............ | Defendant REMANDED to custody | |
| ☐............ | Competency Hearing ☐ held ☐ continued until _____ at _____ | |
| ☐............ | _____ hearing continued until _____ at _____ | |
| ☐............ | Court finds defendant _____ ☐ competent ☐ incompetent | |
| ☐............ | Court orders defendant _____ to undergo psychiatric evaluation | |
| ☐............ | Motion Hearing continued until _____ at _____ | |
| ☒............ | SEE PAGE II for additional entries | |

## DOCUMENTS FILED IN OPEN COURT

| | | | | |
|---|---|---|---|---|
| ☒112 | MOTION in Limine - Advisement | ☐ filed | ☐ docketed |
| ☒114 | MOTION in Limine- Advisement | ☐ filed | ☐ docketed |
| ☒97 | MOTION to Preclude Evidence - Denied | ☐filed | ☐ docketed |
| ☒122 | oint MOTION for Protective Order - Granted | ☐filed | ☐ docketed |
| ☐ | | ☐filed | ☐ docketed |
| ☐ | | ☐filed | ☐ docketed |
| ☐ | | ☐filed | ☐ docketed |
| ☐ | | ☐filed | ☐ docketed |
| ☐ | | ☐filed | ☐ docketed |
| ☐ | | ☐filed | ☐ docketed |
| ☐ | | ☐filed | ☐ docketed |
| ☐ | | ☐filed | ☐ docketed |
| ☐ | | ☐filed | ☐ docketed |
| ☐ | | ☐filed | ☐ docketed |
| ☐ | | ☐filed | ☐ docketed |
| ☐ | | ☐filed | ☐ docketed |
| ☐ | | ☐filed | ☐ docketed |
| ☐ | | ☐filed | ☐ docketed |

NOTES OR

## MISCELLANEOUS PROCEEDINGS