UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:17 CR 220 (JAM) |
| | : | |
| v. | : | |
| | : | |
| ANDRE FLOTRON | : | |
| | : | March 15, 2018 |

MOTION TO SEAL

The Government is filing its Omnibus Response to Defendant's Motions *in Limine*. The Omnibus Response cites certain information about individuals' compensation. The Government submits that, in accordance with Local Rule 57(b), clear and compelling reasons exist to file the Omnibus Response under seal in order to protect this information from public disclosure. Accordingly, the Government respectfully moves the Court to seal the Omnibus Response.

        Respectfully submitted,

        SANDRA MOSER
        Acting Chief, Fraud Section
        U.S. Department of Justice

By:  <u>s/ Michael J. Rinaldi</u>
      Robert Zink
      Acting Principal Deputy Chief
      Michael J. Rinaldi
      Matthew F. Sullivan
      Trial Attorneys
      Criminal Division, Fraud Section
      U.S. Department of Justice
      1400 New York Ave., N.W.
      Washington, D.C.  20530
      (202) 514-2000 (telephone)
      (202) 514-0152 (facsimile)
      Robert.Zink@usdoj.gov
      Michael.Rinaldi@usdoj.gov
      Matthew.Sullivan2@usdoj.gov

      JOHN H. DURHAM
      U.S. Attorney

      Avi M. Perry
      Assistant U.S. Attorney
      U.S. Attorney's Office
      Connecticut Financial Center
      157 Church St., Floor 25
      New Haven, Connecticut  06510
      (203) 821-3700 (telephone)
      (203) 773-5377 (facsimile)
      Avi.M.Perry@usdoj.gov
      Federal Bar No. phv07156

<u>CERTIFICATE OF SERVICE</u>

I hereby certify, this fifteenth day of March, 2018, that I caused to be served a true and correct copy of the foregoing Motion to Seal, through the Court's electronic filing system, upon the following:

>Marc L. Mukasey, Esq.
>Greenberg Traurig, LLP
>MetLife Building
>200 Park Ave.
>New York, N.Y.  10166

<u>s/ Michael J. Rinaldi</u>
Michael J. Rinaldi