# **EXHIBIT A**



**U.S. Department of Justice**
Fraud Section
Criminal Division

---

*Fraud Section*

*Bond Building*
*1400 New York Ave., N.W.*
*Washington, D.C. 20530*

March 16, 2018

<u>Via E-Mail</u>

Marc Mukasey
Greenberg Traurig, LLP
MetLife Building
200 Park Ave.
New York, N.Y. 10166

      Re:    <u>United States v. Flotron, Criminal No. 3:17 CR 220 (JAM) (D. Conn.)</u>

Dear Marc:

      The government writes to inform you that it intends to introduce certain evidence in its case-in-chief, pursuant to Rule 404(b) of the Federal Rules of Evidence. Specifically, the government intends to introduce evidence (both testimonial and documentary) regarding front-running activity engaged in by Mr. Flotron. The government notes that it has identified certain exhibits related to this topic on its exhibit list (for example, GX 055 and GX 056).

      The government also notes that, to the extent the defense contests the issue of intent, motive, or Mr. Flotron's ability to control or move certain markets, the government reserves the right to introduce evidence of Mr. Flotron's front-running activity in its rebuttal case.

      Very truly yours,

      SANDRA MOSER
      ACTING CHIEF, FRAUD SECTION

      */s/*
      ROBERT ZINK
      MICHAEL J. RINALDI
      MATTHEW F. SULLIVAN

      JOHN H. DURHAM
      U.S. ATTORNEY

      AVI M. PERRY