

Marc L. Mukasey
Tel 212.801.6832
Fax 212.801.6400
mukaseym@gtlaw.com

March 23, 2018

<u>VIA CM/ECF</u>

The Honorable Jeffrey A. Meyer
U.S. District Judge for the District of Connecticut
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, Connecticut 06510

    Re: *United States v. Flotron*, S1 17 Cr. 220 (JAM)

Dear Judge Meyer:

    This letter is respectfully submitted to request a one-week adjournment of the trial of the above-captioned matter, from April 9, 2018 to April 16, 2018.

    This adjournment is sought for the reasons set forth at the hearing on March 12, 2018. That is, it will allow the defense to analyze the voluminous trade data related to the trades the government may introduce at trial.

    We understand that if the adjournment is granted, jury selection will remain as currently scheduled on April 6, 2018, and evidence will begin on April 16, 2018. We also consent to the exclusion of time until April 16, 2018, under the Speedy Trial Act.

    I have spoken with AUSA Perry and he consents to adjournment of the trial date as set forth herein.

    Respectfully submitted,

    GREENBERG TRAURIG LLP

    By: /s/ Marc L. Mukasey
        Marc L. Mukasey (ct29885)
        Nathan J. Muyskens (phv09472)
        200 Park Avenue
        New York, NY 10166
        Telephone: (212) 801-6832
        Facsimile: (212) 801-6400
        *Attorneys for Defendant Andre Flotron*

cc:     AUSA Avi Perry

**AFFIRMATION OF SERVICE**

  I hereby certify that on March 23, 2018, a copy of the foregoing letter was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
   March 23, 2018

                /s/ Marc L. Mukasey
               Marc L. Mukasey (ct29885)
               Greenberg Traurig, LLP
               200 Park Avenue
               New York, NY 10166
               Telephone: (212) 801-6832
               Facsimile: (212) 801-6400
               *Attorneys for Defendant Andre Flotron*