

Marc L. Mukasey
Tel 212.801.6832
Fax 212.801.6400
mukaseym@gtlaw.com

March 23, 2018

VIA CM/ECF

The Honorable Jeffrey A. Meyer
U.S. District Judge for the District of Connecticut
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, Connecticut 06510

    Re:    *United States v. Flotron*, S1 17 Cr. 220 (JAM)

Dear Judge Meyer:

    As the Court is aware, at the oral argument on March 12, 2018, the government provided defense counsel with a Revised Exhibit List, in which it narrowed the number of trading episodes to 12 that it intends to address at trial through specific exhibits (ten relating to Mr. Flotron and two relating to the government's cooperating witness, Kar-Hoe "Mike" Chan). The government also raised the possibility that it would elicit testimony from Mr. Chan about additional trading episodes, not previously identified to the defense, from within its so-called "omnibus" exhibits, which will purportedly summarize 538 trading episodes for Mr. Flotron and 274 trading episodes for Mr. Chan. *See* March 12, 2018 Conf. Tr. at 47:8-11 ("So, you know, I expect that we will focus with the counterparties on those sort of culled-out trading episodes. With Mr. Chan and Ms. Pinheiro, I think we may use some of the omnibus exhibits."); *id.* at 55:20-56:1 ("It would be, I expect, in the lines of, for instance, for one of Mr. Flotron's 538, we show that to Mr. Chan, is this consistent with [] how Mr. Flotron allegedly instructed you to spoof . . . and how you observed Mr. Flotron's spoof, is it consistent with how you then spoofed yourself . . . .").

    Defense counsel observed at the hearing that the government's approach of narrowing its Exhibit List, while simultaneously reserving its right to explore previously unidentified trading episodes without notice, placed the defense in a difficult position.

> MR. MUKASEY: If I don't know what trades he's going to show Chan, even if it's in a sort of general kind of way, I can't cross-examine Chan about that trade because each one of these trades stands on its own and is quite different . . . .

*Id.* at 61:5-9. The Court also acknowledged this issue:

> THE COURT: I think there's a concern when you have that breadth of evidence that requires such a sophisticated drill-down by experts to look at the entire context for the evidence and it does put the defense in a I think somewhat untenable position if the government is essentially going to decide now I'm going

> to bring up four or five more transactions with Chan and show him data about that and ask him what he remembers about these transactions, and Mr. Mukasey or the defense team are hearing that for the first time on the stand. That's the concern.

*Id.* at 62:23-63:8.

The Court ordered the government to identify to the defense, within ten days, "the additional transactions beyond [the 12 identified in the government's Revised Exhibit List] it would intend to inquire into[.]" *See id.* at 67:4-68:3. The Court later entered a formal order to this effect:

> As discussed at the hearing, the Government shall disclose to defendant not later than March 22, 2018, any additional transactions from the list of omnibus trades that it intends to use in examining its witnesses and without prejudice to the right of defendant to dispute the Government's eliciting of such additional evidence.

ECF No. 127.

The government made clear throughout the hearing that it would identify only a small number of additional trades that fit this category.

> AUSA PERRY: With Mr. Chan and Ms. Pinheiro, I think we may use some of the omnibus exhibits. *Whether that's five or ten of them, I can't tell you right now.* But we're not interested in going through chapter and verse every single one of these trading episodes.
>
> * * * *
>
> AUSA PERRY: But, you know, we would certainly ask him prior to coming here to testify today have you looked at these 538. *And then we might pick a handful of them.* At the end of the day, we might not if it appears to be overkill.

March 12, 2018 Conf. Tr. at 47:10-14; 56:3-6 (emphases added). This representation by the government was also acknowledged by defense counsel.

> MR. MUKASEY: . . . Mr. Perry said that it is possible that when the cooperating witness Michael Chan is on the witness stand, he may pick from the basket of 535 or whatever it is omnibus Flotron trades *and show one, two, three, ten, maybe none,* he said, to Chan and ask a more generalized question as opposed to drilling down into the minutia of the trade.

*Id.* at 60:24-61:5 (emphasis added).

On March 22, 2018 at 10:33 PM, the government provided its list of additional trading episodes to the defense. The list included not five or ten, but 25 new trading episodes that the

government reserves the right to address at trial. This is double the number of trades identified on the government's main Revised Exhibit List. This is seemingly another attempt by the government to make an end-run around the government's Revised Exhibit List, which had itself included many new trades to which the defense had previously objected, in order to backdoor more trade sequences into the case at a late hour.

Defense counsel raised this issue with the government this morning and requested the government to narrow its list to five or ten trading episodes, as it represented at the hearing. The government refused to do so, and maintained that the defense should prepare to address at trial any or all of the 25 trading episodes on its March 22 list. This again puts us in the untenable position of having to prepare to address a plethora of trading episodes that may or may not be presented at trial. We respectfully submit that the government's actions contravene the spirt of the Court's order of March 12, as well as the government's own representations at the conference.

Accordingly, we respectfully request that the Court order the government to cut its list to ten or fewer trading episodes by 5:00 PM on Monday, March 26, 2018, so that the defense has adequate time to prepare for trial.

Respectfully submitted,

GREENBERG TRAURIG LLP

By: /s/ Marc L. Mukasey
    Marc L. Mukasey (ct29885)
    Nathan J. Muyskens (phv09472)
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 801-6832
    Facsimile: (212) 801-6400
    *Attorneys for Defendant Andre Flotron*

**AFFIRMATION OF SERVICE**

I hereby certify that on March 23, 2018, a copy of the foregoing letter was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
March 23, 2018

/s/ Marc L. Mukasey
Marc L. Mukasey (ct29885)
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-6832
Facsimile: (212) 801-6400
*Attorneys for Defendant Andre Flotron*