UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | No. 3:17cr220(JAM) |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| ANDRE FLOTRON | : | |
| | : | March 28, 2018 |

GOVERNMENT'S AMENDED EXHIBIT LIST

The Government respectfully submits the following further revised exhibit list for its case in chief at trial in the above-captioned case. This list reflects further discussions between the parties, including as to certain exhibits the parties have agreed can be pre-admitted.

| Exhibit Number | Description | Bates Range/Identifier | Pre-admitted |
|---|---|---|---|
| **GX 001** | Certain CME RAPID Data for Gold, Silver, Platinum, and Palladium Futures Contract Orders (appx. 2008-appx. 2013) | DOJ_00093503– DOJ_00093507; DOJ_00093508– DOJ_00093847; DOJ_00160323– DOJ_00160324; DOJ_00160509; DOJ_00288167– DOJ_00288338; DOJ_00224485; DOJ_01015972 | Yes |
| **GX 002** | Certain CME Market Depth Data (including ARMADA Data) for Gold, Silver, Platinum, and Palladium Futures Contract Orders (appx. 2008-appx. 2013) | DOJ_00093848– DOJ_00160322; DOJ_00160498; DOJ_00160499; DOJ_00160506; DOJ_00162400 | Yes |
| **GX 003** | Certain UBS SwisKey Order Data (appx. 2008-appx. 2013) | DOJ_00283206– DOJ_00283213 | Yes |

| Exhibit Number | Description | Bates Range/Identifier | Pre-admitted |
|---|---|---|---|
| GX 004 | Certain Tag50 Registration Information | DOJ_00162400; DOJ_01006736; DOJ_01006737 | Yes |
| GX 005 | Various CME Data Dictionaries | DOJ_00050182– DOJ_00050232; DOJ_00050256 | Yes |
| GX 006 | Various RAPID Data Provided by UBS | DOJ_00035297– DOJ_00039079; DOJ_00091459– DOJ_00091461 | Yes |
| GX 007 | Flotron Compensation Report | DOJ_00091456 | |
| GX 008 | Flotron Performance Ratings | DOJ_00091458 | Yes |
| GX 009 | Flotron Training Verification File | DOJ_00161701 | Yes |
| GX 010 | UBS Training PowerPoint (Exchange Traded Derivatives Introductory Training Module) | DOJ_00034312 | Yes |
| GX 011(a) | UBS Training Materials (UBS-Market Conduct-Investment Bank) | DOJ_01020193 | Yes |
| GX 015 | Chan Performance Ratings 2007-2011 | DOJ_00091457 | Yes |
| GX 016 | Chan Performance Review 2007-2012 | DOJ_00093287 | Yes |
| GX 017 | Various UBS Org Charts | DOJ_00929189 DOJ_00929187 DOJ_00929185 DOJ_00929183 DOJ_00929180 DOJ_00929177 | Yes |
| GX 018 | SwisKey Video | DOJ_00929159 | Yes |
| GX 019 | SwisKey Video | DOJ_00929160 | Yes |
| GX 020(a) | UBS Trading Floor #1 | DOJ_01005658 | Yes |
| GX 020(b) | UBS Trading Floor #2 | DOJ_01005660 | Yes |
| GX 020(c) | UBS Trading Floor #3 | DOJ_01005661 | Yes |
| GX 020(d) | UBS Trading Floor #4 | DOJ_01005662 | Yes |
| GX 020(e) | UBS Trading Floor #5 | DOJ_01005663 | Yes |
| GX 020(f) | UBS Trading Floor #6 | DOJ_01005664 | Yes |

| Exhibit Number | Description | Bates Range/Identifier | Pre-admitted |
|---|---|---|---|
| **GX 021** | Exterior of UBS Trading Facility | DOJ_01005659 | Yes |
| **GX 022** | UBS Trading Floor Schematic | DOJ_01005665 | Yes |
| **GX 023** | Flotron Travel Records | DOJ_01020007– DOJ_01020010 | Yes |
| **GX 024** | Chan Travel Records | DOJ_01020011 | Yes |
| **GX 025** | Chan Agreement | DOJ_00160495 | |
| **GX 025(a)** | INTENTIONALLY LEFT BLANK | | |
| **GX 026** | Email: June 4, 2010 | DOJ_00288119 | Yes |
| **GX 027** | Email: November 6, 2012 | DOJ_00288112 | Yes |
| **GX 028** | Email: November 9, 2012 | DOJ_00288126 | Yes |
| **GX 029** | Email: November 28, 2012 | DOJ_00288103 | Yes |
| **GX 030** | Email: February 5, 2013 | DOJ_00288111 | Yes |
| **GX 031** | Email: June 5, 2013 | DOJ_00288099 | Yes |
| **GX 032** | Email: August 12, 2013 | DOJ_00288131 | Yes |
| **GX 033** | Email: January 8, 2014 | DOJ_00288124 | Yes |
| **GX 034(a)** | Chan Notes (Native) | | |
| **GX 034(b)** | Chan Notes | DOJ_00288148 | |
| **GX 034(c)** | Chain of Custody | DOJ_01006547– DOJ_01006550 | |
| **GX 035** | Chat: February 5, 2008 | DOJ_00000972 | |
| **GX 036** | Chat: March 18, 2008 | DOJ_00006512 | |
| **GX 036(a)** | Email: June 23, 2008 | DOJ_00163340 | Yes |
| **GX 037** | Chat: October 22, 2008 | DOJ_00033575 | |
| **GX 038** | Chat: December 11, 2008 | DOJ_00007187 | |
| **GX 039** | Email: December 19, 2008 | DOJ_00169931 | |
| **GX 040** | Chat: January 7, 2009 | DOJ_00001198 | |
| **GX 041** | Chat: January 8, 2009 | DOJ_00001210 | |
| **GX 042** | Chat: March 4, 2009 | DOJ_00001389 | |
| **GX 043** | Chat: March 20, 2009 | DOJ_00033578 | Yes |
| **GX 044** | Email: April 30, 2009 | DOJ_00177859 | Yes |
| **GX 045** | Chat Transcript: May 18, 2009 | DOJ_00032792 | Yes |
| **GX 046** | Chat: September 2, 2009 | DOJ_00027513 | Yes |
| **GX 047** | Chat: October 16, 2009 | DOJ_00007425 | Yes |
| **GX 048** | Chat: November 3, 2009 | DOJ_00001736 | |
| **GX 049** | Chat: November 27, 2009 | DOJ_00039118 | |
| **GX 050** | Chat: February 24, 2010 | DOJ_00001852 | |
| **GX 050(a)** | Chat: April 13, 2010 | DOJ_00006680 | |
| **GX 051** | Chat: April 30, 2010 | DOJ_00039085 | |

| Exhibit Number | Description | Bates Range/Identifier | Pre-admitted |
|---|---|---|---|
| **GX 051(a)** | Chat: April 30, 2010 | DOJ_00006582 | |
| **GX 051(b)** | Chat: August 2, 2010 | DOJ_00006955– DOJ_00006959 | |
| **GX 052** | Chat: August 31, 2010 | DOJ_00006942 | |
| **GX 052(a)** | Chat: March 20, 2011 | DOJ_00033590– DOJ_00033591 | |
| **GX 052(b)** | Chat: January 7, 2011 | DOJ_00002594– DOJ_00002608 | Yes |
| **GX 053(a)** | Email/Chat: March 16, 2011 (In German) | DOJ_00185533 | |
| **GX 053(b)** | Email/Chat: March 16, 2011 (English Translation) | | |
| **GX 053(c)** | Chat: March 29, 2011 | DOJ_00003355– DOJ_00003372 | Yes |
| **GX 053(d)** | Chat: March 29, 2011 | DOJ_00003373– DOJ_00003378 | Yes |
| **GX 054** | Chat: April 1, 2011 | DOJ_00001888 | |
| **GX 055** | Email: May 9, 2011 | DOJ_00007445 | |
| **GX 056** | Email: June 6, 2011 | DOJ_00007416 | |
| **GX 057(a)** | Email/Chat: July 11, 2011 (In German) | DOJ_00188680 | |
| **GX 057(b)** | Email/Chat: July 11, 2011 (English Translation) | | |
| **GX 058** | Email/Chat: August 11, 2011 | DOJ_00005568 | Yes |
| **GX 059** | Email/Chat: August 12, 2011 | DOJ_00005602 | Yes |
| **GX 060** | Email: August 15, 2011 | DOJ_00189347 | Yes |
| **GX 061** | Chat: August 22, 2011 | DOJ_00001908 | |
| **GX 062** | Chat: April 25, 2011 | DOJ_00007196 | |
| **GX 063** | Email/Chat: November 17, 2011 | DOJ_00191390 | Yes |
| **GX 064** | Email/Chat: November 28, 2011 | DOJ_00191490 | Yes |
| **GX 065** | Email/Chat: December 9, 2011 | DOJ_00191740 | |
| **GX 066** | Email/Chat: December 9, 2011 | DOJ_00191742 | |
| **GX 067** | Email/Chat: December 12, 2011 | DOJ_00191754 | Yes |
| **GX 068** | Email: January 16, 2012 | DOJ_00192260 | Yes |
| **GX 069** | Email/Chat: January 24, 2012 | DOJ_00928794 | |
| **GX 069(a)** | Email/Chat: February 29, 2012 | DOJ_00192780 | Yes |
| **GX 070** | Email/Chat: March 12, 2012 | DOJ_00192917 | |
| **GX 071** | Email/Chat: April 13, 2012 | DOJ_00193425 | |
| **GX 072** | Email/Chat: May 31, 2012 | DOJ_00194683 | Yes |

| Exhibit Number | Description | Bates Range/Identifier | Pre-admitted |
|---|---|---|---|
| **GX 073** | Email: June 6, 2012 | DOJ_00012461 | |
| **GX 073(a)** | Chat: July 31, 2012 | DOJ_00039125 | |
| **GX 074** | Email/Chat: August 6, 2012 | DOJ_00928800 | Yes |
| **GX 075** | Email/Chat: August 28, 2012 | DOJ_00007433 | |
| **GX 076** | Email/Chat: September 4, 2012 | DOJ_00195512 | Yes |
| **GX 077** | Email/Chat: September 4, 2012 | DOJ_00007440 | Yes |
| **GX 078** | Email/Chat: October 3, 2012 | DOJ_00214860 | Yes |
| **GX 079** | Email/Chat: October 23, 2012 | DOJ_00217353 | Yes |
| **GX 080** | Email/Chat: October 24, 2012 | DOJ_00217397 | Yes |
| **GX 081** | Email/Chat: October 26, 2012 | DOJ_00217462 | Yes |
| **GX 082** | Email/Chat: October 26, 2012 | DOJ_00928814 | Yes |
| **GX 082(a)** | Email/Chat: November 26, 2012 | DOJ_00012683 | |
| **GX 082(b)** | Email: November 9, 2012 | DOJ_00288126 | Yes |
| **GX 083** | Email/Chat: June 26, 2013 | DOJ_00049799 | |
| **GX 100** | Buy-Side Episode (animated) | Demonstrative | |
| **GX 101** | Sell-Side Episode (animated) | Demonstrative | |
| **GX 101(a)** | April 5, 2011, Flotron Trading Activity (animated) | GX 001–GX 006 | |
| **GX 101(b)** | April 5, 2011, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 102** | May 8, 2012, Flotron Trading Activity (animated) | GX 001–GX 006 | |
| **GX 103** | May 8, 2012, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 104** | June 28, 2012, Flotron Trading Activity (animated) | GX 001–GX 006 | |
| **GX 105** | June 28, 2012, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 105(a)** | June 28, 2012, Flotron Trading Activity (animated) | GX 001–GX 006 | |
| **GX 105(b)** | June 28, 2012, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 105(c)** | June 28, 2012, Flotron Trading Activity (animated) | GX 001–GX 006 | |
| **GX 105(d)** | June 28, 2012, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 106** | August 7, 2012, Flotron Trading Activity (animated) | GX 001–GX 006 | |

| Exhibit Number | Description | Bates Range/Identifier | Pre-admitted |
|---|---|---|---|
| **GX 107** | August 7, 2012, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 108** | January 21, 2013, Flotron Trading Activity (animated) | GX 001–GX 006 | |
| **GX 109** | January 21, 2013, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 110** | February 15, 2013, Flotron Trading Activity (animated) | GX 001–GX 006 | |
| **GX 111** | February 15, 2013, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 112** | September 17, 2013, Flotron Trading Activity (animated) | GX 001–GX 006 | |
| **GX 113** | September 17, 2013, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 114** | September 30, 2013, Flotron Trading Activity (animated) | GX 001–GX 006 | |
| **GX 115** | September 30, 2013, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 116** | February 28, 2010, Chan Trading Activity (animated) | GX 001–GX 006 | |
| **GX 117** | February 28, 2010, Chan Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 118** | March 9, 2010, Chan Trading Activity (animated) | GX 001–GX 006 | |
| **GX 119** | March 9, 2010, Chan Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 126** | Omnibus Collection of Flotron Trading Episodes (538 episodes) (annotated) | GX 001–GX 006 | |
| **GX 127** | Omnibus Collection of Chan Trading Episodes (274 episodes) (annotated) | GX 001–GX 006 | |
| **GX 128** | Flotron Trades – Totals by Year | GX 001–GX 006 | |
| **GX 129** | Flotron Trades – Totals by Product | GX 001–GX 006 | |
| **GX 130** | Flotron Trades – Total Buy/Sell Orders | GX 001–GX 006 | |
| **GX 130(a)** | Certain Flotron Orders by Size | GX 001–GX 006 | |
| **GX 131** | Flotron Total Small Orders – Percentage Iceberg Orders | GX 001–GX 006 | |

| Exhibit Number | Description | Bates Range/Identifier | Pre-admitted |
|---|---|---|---|
| **GX 132** | Flotron Total Small Orders: Average/Median Size of Order | GX 001–GX 006 | |
| **GX 133** | Flotron Visible Small Orders – Flotron Average/Median Visible Size v. Market Average/Median Quantity | GX 001–GX 006 | |
| **GX 134** | Flotron Visible Small Orders – Average/Median Notional Amount for Visible Small Orders v. Market Average/Median Notional Amount for all Orders | GX 001–GX 006 | |
| **GX 135** | Flotron Visible Small-Orders – Average/Median Order Level at Placement | GX 001–GX 006 | |
| **GX 136** | Flotron Visible Small Orders – Average Percentage of Market | GX 001–GX 006 | |
| **GX 137** | Flotron Visible Small Orders – Average/Median Time Lapse Between Small Order Placement and Large Order Placement | GX 001–GX 006 | |
| **GX 138** | Flotron Large Orders – Total Number of Large Orders Placed | GX 001–GX 006 | |
| **GX 139** | Flotron Large Orders – Average/Median Size | GX 001–GX 006 | |
| **GX 140** | Flotron Large Orders – Flotron Average/Median Quantity v. Market Average/Median Quantity | GX 001–GX 006 | |
| **GX 141** | Percentage Iceberg Order | GX 001–GX 006 | |
| **GX 142** | Flotron Large Orders – Average/Median Level at Placement | GX 001–GX 006 | |
| **GX 143** | Flotron Large Orders – Average % of Market | GX 001–GX 006 | |
| **GX 144** | Flotron Small Order Fills – Total Number of Contracts Filled | GX 001–GX 006 | |
| **GX 145** | Flotron Small Order Fills – Fill/Cancellation Rates | GX 001–GX 006 | |
| **GX 146** | Flotron Small Order Fills – Fill/Cancellation Ratios | GX 001–GX 006 | |

| Exhibit Number | Description | Bates Range/Identifier | Pre-admitted |
|---|---|---|---|
| GX 147 | Flotron Small Order Fills – Average/Median Time Lapse from Placement of Large Order to Fill of Small Order | GX 001–GX 006 | |
| GX 148 | Flotron Small Order Fills – Average/Median Price Change Between Time of Large Order Placement and Fill of Small Order | GX 001–GX 006 | |
| GX 149 | Market Fills – Total Number of Market Fills Between Time of Large Order Placement and Large Order Cancellation | GX 001–GX 006 | |
| GX 150 | Market Fills – Average/Median Number of Market Fills Between Time of Large Order Placement and Large Order Cancellation | GX 001–GX 006 | |
| GX 151 | Market Fills – Average Notional Value of Market Fills Between Time of Large Order Placement and Large Order Cancellation | GX 001–GX 006 | |
| GX 152 | Market Fills – Average Number of Market Participants Executing Market Orders Between Time of Large Order Placement and Large Order Cancellation | GX 001–GX 006 | |
| GX 153(a) | Flotron Large Order Cancellations – Total Number of Contracts Filled | GX 001–GX 006 | |
| GX 153(b) | Flotron Large Order Cancellations – Fill/Cancellation Rates | GX 001–GX 006 | |
| GX 153(c) | Flotron Large Order Cancellations – Fill/Cancellation Ratios | GX 001–GX 006 | |
| GX 154 | Flotron Large Order Cancellations – Average Time Lapse Between Last Fill of Small Order and Cancellation of Large Order | GX 001–GX 006 | |
| GX 155 | Flotron Small Order Fills – Total Gain/Loss Avoidance | GX 001–GX 006 | |
| GX 156 | Flotron Small Order Fills – Average/Median Gain Per Episode | GX 001–GX 006 | |

| Exhibit Number | Description | Bates Range/Identifier | Pre-admitted |
|---|---|---|---|
| **GX 157** | Flotron Small Order Fills – Total Market Impact | GX 001–GX 006 | |
| **GX 158** | Flotron Small Order Fills – Average/Median Market Impact Per Episode | GX 001–GX 006 | |
| **GX 159** | Flotron Trade Comparisons: Fill Rates & Ratios – Large Orders v. Small Orders | GX 001–GX 006 | |
| **GX 160** | Flotron Trade Comparisons: Order Size – Average Large Order v. Average Small Order | GX 001–GX 006 | |
| **GX 161** | Flotron Trade Comparisons: Notional Amount – Average/Median Large Order v. Average/Median Small Order | GX 001–GX 006 | |
| **GX 162** | Flotron Trade Comparisons: Percentage of Market – Average/Median Large Order Percentage v. Average/Median Small Order Percentage | GX 001–GX 006 | |
| **GX 163** | Flotron and Chan (Total Number of Episodes) | GX 001–GX 006 | |
| **GX 164** | Flotron and Chan (Small Order Placements) | GX 001–GX 006 | |
| **GX 165** | Flotron and Chan (Large Order Placements) | GX 001–GX 006 | |
| **GX 166** | Flotron and Chan (Small Order Fills) | GX 001–GX 006 | |
| **GX 167** | Flotron and Chan (Large Order Cancellations) | GX 001–GX 006 | |
| **GX 168** | Flotron and Chan (Gain) | GX 001–GX 006 | |
| **GX 169** | Flotron and Chan (Market Impact) | GX 001–GX 006 | |
| **GX 170** | Averages: Flotron Episodes | GX 001–GX 006 | |
| **GX 171** | Averages: Chan Episodes | GX 001–GX 006 | |
| **GX 172** | Comparison of Market Order Size v. Flotron Order Size (Small & Large Orders) | GX 001–GX 006 | |
| **GX 173** | Comparison of Market Notional Value v. Flotron Notional Value (Small & Large Orders) | GX 001–GX 006 | |

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY
U.S. Attorney's Office
Connecticut Financial Center
157 Church St., Floor 25
New Haven, Connecticut  06510
(203) 821-3700 (telephone)
(203) 773-5377 (facsimile)
Avi.M.Perry@usdoj.gov
Federal Bar No. phv07156


SANDRA MOSER
Acting Chief, Fraud Section
U.S. Department of Justice

Robert Zink
Acting Principal Deputy Chief
Michael J. Rinaldi
Matthew F. Sullivan
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C.  20530
(202) 514-2000 (telephone)
(202) 514-0152 (facsimile)
Robert.Zink@usdoj.gov
Michael.Rinaldi@usdoj.gov
Matthew.Sullivan2@usdoj.gov

CERTIFICATE OF SERVICE

       This is to certify that on March 28, 2018, a copy of the foregoing amended exhibit list was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY