Crim-Mot hrg (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK Y. Gutierrez          RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 3 hours 30 minutes     USPO _____     INTERPRETER _____

DATE: 3/29/2018     START TIME: 10:06     END TIME: 1:36

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CRIMINAL NO. 3:17-cr-00220-JAM _____ Deft #1 _____

UNITED STATES OF AMERICA

vs

Andre Flotron

Avi Perry, Robert Zink

AUSA

Marc L. Mukasey, Nathan James Muyskens

Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

Daniel E. Clarkson, Daniel P. Filor,

## HEARING ON CRIMINAL MOTIONS

☒......# 97  Deft Flotron  Motion In Limine  ☐ granted ☒ denied ☐ advisement
☒......# 107  Deft Flotron  Motion In Limine  ☐ granted ☐ denied ☒ advisement
☒......# 108  Deft Flotron  Motion In Limine  ☐ granted ☐ denied ☒ advisement
☒......# 110  Deft Flotron  Motion In Limine  ☐ granted ☐ denied ☒ advisement
☒......# 112  Deft Flotron  Motion In Limine  ☐ granted ☒ denied ☐ advisement
☒......# 114  Deft Flotron  Motion In Limine  ☐ granted ☐ denied ☒ advisement
☒......# 140  Deft Flotron  Motion In Limine  ☒ granted ☐ denied ☐ advisement
☒......# 169  Deft Flotron  Motion In Limine  ☐ granted ☐ denied ☒ advisement
☐......# ___  Deft _____  Motion _____  ☐ granted ☐ denied ☐ advisement
☐......# ___  Govt's motion _____  ☐ granted ☐ denied ☐ advisement
☐......# ___  Govt's motion _____  ☐ granted ☐ denied ☐ advisement
☐......# ___  Govt's motion _____  ☐ granted ☐ denied ☐ advisement
☐......# ___  Govt's motion _____  ☐ granted ☐ denied ☐ advisement
☐......# ___  Deft _____ oral motion _____  ☐ granted ☐ denied ☐ advisement
☐......# ___  Deft _____ oral motion _____  ☐ granted ☐ denied ☐ advisement
☐......# ___  Deft _____ oral motion _____  ☐ granted ☐ denied ☐ advisement
☐......# ___  Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐......# ___  Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐............  Brief(s) due _____ Response(s) due _____  Replies due _____
☐............  Bond ☐ set at $_____ ☐ reduced to $_____  ☐ Non-surety ☐ Surety ☐ PR
☐............  Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐............  Defendant REMANDED to custody
☐............  Competency Hearing ☐ held ☐ continued until _____ at _____
☐............  _____ hearing continued until _____ at _____
☐............  Court finds defendant _____ ☐ competent ☐ incompetent
☐............  Court orders defendant _____ to undergo psychiatric evaluation
☐............  Motion Hearing continued until _____ at _____
☐............  SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed

NOTES OR

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____