Crim-Trial (2/5/2010)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK Y. Gutierrez          RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 6 hours 50 minutes      USPO                INTERPRETER

DATE: 4/6/2018        START TIME: 8:33        END TIME: 4:08

LUNCH RECESS   FROM: 11:50      TO: 12:35

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CRIMINAL NO. 3:17-cr-00220-JAM        Deft # 1

Avi Perry

UNITED STATES OF AMERICA                    AUSA

vs

Andre Flotron                          Marc L. Mukasey

Defendant's Counsel

## CRIMINAL JURY SELECTION/CALENDAR CALL

| | |
|---|---|
| ☐............. | Deft _____ failed to appear. Bench Warrant to be issued. |
| ☐............. | ☐ Call of the Calendar held ☐ Call of the Calendar over to _____ |
| ☒............. | ☒ Jury Selection held ☐ Jury Selection continued until _____ |
| ☐............. | Grand Jury Selection : GJ # _____ Foreperson: _____ Deputy FP _____ |
| ☐......#___ | Deft _____ motion _____     ☐ granted ☐ denied ☐ advisement |
| ☐......#___ | Deft _____ motion _____     ☐ granted ☐ denied ☐ advisement |
| ☐......#___ | Deft _____ motion _____     ☐ granted ☐ denied ☐ advisement |
| ☐......#___ | Govt's motion _____     ☐ granted ☐ denied ☐ advisement |
| ☐......#___ | Govt's motion _____     ☐ granted ☐ denied ☐ advisement |
| ☐............. | Deft _____ Oral motion _____     ☐ granted ☐ denied ☐ advisement |
| ☐............. | Deft _____ Oral motion _____     ☐ granted ☐ denied ☐ advisement |
| ☐............. | Govt's oral motion _____     ☐ granted ☐ denied ☐ advisement |
| ☐............. | Govt's oral motion _____     ☐ granted ☐ denied ☐ advisement |
| ☒............. | Telephone Status Conference on April at 12 at 11:00 a.m.     ☐ filed |
| ☐............. | _____     ☐ filed |
| ☐............. | _____     ☐ filed |
| ☐............. | _____     ☐ filed |
| ☒............. | 77 jurors present |
| ☒............. | Voir Dire oath administered by Clerk ☒ previously administered by Clerk |
| ☒............. | Voir Dire by Court |
| ☒............. | Peremptory challenges exercised |
| ☒............. | Jury of 12 and 4 alternates drawn ☐ and sworn ☐ Jury Trial commences |
| ☒............. | Remaining jurors excused |
| ☒............. | Trial continued until 4/16/2018 at 8:30 AM |
| ☒............. | COPY TO: JURY CLERK with juror lists |