

**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*  *(203) 821-3700*
*157 Church Street, 25th Floor*  *Fax (203) 773-5376*
*New Haven, Connecticut  06510*  *www.justice.gov/usao-ct*

April 9, 2018

The Honorable Jeffrey Alker Meyer
Richard C. Lee United States Court House
141 Church Street
New Haven, Connecticut 06510

    Re:   *United States v. Andre Flotron*, 3:17cr220(JAM)

Dear Judge Meyer:

    We write Your Honor pursuant to the Court's April 3, 2018 order regarding the testimony of FBI Special Agent Jonathan Luca, the government's agent witness in the case. Specifically, the Court ordered the government, by April 9, 2018, to (1) "provide a revised summary of Agent Luca's anticipated expert testimony" and (2) to the extent Special Agent Luca is to be dually called as a fact witness, "identify the scope of and what exhibits he will testify to as a fact witness." Apr. 3, 2018 Order at 2 (Doc. No. 178).

    At the pretrial conference on March 29, 2018, the government stated that it intended to elicit expert opinion testimony from Special Agent Luca regarding (1) the propriety of certain trading strategies and (2) certain chat communications involving the defendant.

    After reviewing the government's evidence, and taking into consideration points made by the Court at the pretrial conference, the government no longer intends to elicit expert opinions from Special Agent Luca regarding the topics set forth above. Instead, and in order to streamline the case, the government intends to call Special Agent Luca as its first witness to (1) provide overview testimony relating to the futures markets and futures trading generally and (2) admit certain exhibits into evidence (and provide related testimony).

**Category #1:  Market Fundamentals**

With respect to the first category of Special Agent Luca's testimony, the government intends to question Special Agent Luca regarding the following topics:

- fundamentals of commodity futures contracts generally;
- futures contracts for precious metals generally (*i.e.*, gold, silver, platinum, palladium);
- exchanges for trading futures contracts (*e.g.*, the CME Group, COMEX);
- buying and selling futures contracts (*e.g.*, order book, pricing, bid/ask spread);
- futures contract order types (*e.g.*, iceberg orders, immediate-or-cancel orders);
- placing, canceling, modifying, and executing orders for futures contracts;
- electronic trading platforms for futures contracts;
- supply and demand for futures contracts; and
- speculation and hedging risk using futures contracts.

The government no longer intends to call Daniel Driscoll (of the National Futures Association) to provide testimony on these subjects. Hence, Special Agent Luca's testimony will not be cumulative. Moreover, the government notes that, at the March 29, 2018 pretrial conference, counsel for the defendant indicated that he had no objection to Special Agent Luca testifying to these matters. *See* Mar. 29, 2018 Tr. at 21 (Doc. No. 179) ("[I]f there are terms he needs to explain, operational things he needs to explain, what it means to sit behind the keyboard and execute the trades, he's got the expertise and experience for that and that is clearly beyond the ken of the average lay juror. We don't have an issue with that.").

**Category #2:  Admission of Exhibits**

With respect to the second category of Special Agent Luca's testimony, the government presently intends to seek to admit, and elicit testimony regarding, the following exhibits through Special Agent Luca:

- **Government Exhibits**: 1, 2, 3, 4, 5, 6, 7(a), 9, 10, 11(a), 15, 16, 17, 17(a), 20(a), 20(c), 20(d), 20(f), 21, 23, 23(a), 27, 28, 29, 30, 31, 32, 33, 36(a), 45, 46, 47, 57(b), 60, 64, 68, 69(a), 72, 74, 76, 77, 78, 79, 80, 81, and 82.

The defense already has stipulated to the admission of all of these exhibits *except* the following:

- **Government Exhibits**:  7(a), 17(a), 23(a), and 57(b).

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Avi Perry*

AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700 (telephone)
(203) 773-5377 (fax)
avi.m.perry@usdoj.gov
Federal Bar No. phv07156


SANDRA MOSER
Acting Chief, Fraud Section
U.S. Department of Justice

s/ Michael J. Rinaldi
Robert Zink
Acting Principal Deputy Chief
Michael J. Rinaldi
Matthew F. Sullivan
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C. 20530
(202) 514-2000 (telephone)
(202) 514-0152 (facsimile)
Robert.Zink@usdoj.gov
Michael.Rinaldi@usdoj.gov
Matthew.Sullivan2@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on April 9, 2018, a copy of the foregoing letter was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/ Michael J. Rinaldi
MICHAEL J. RINALDI
TRIAL ATTORNEY