UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | No. 3:17cr220(JAM) |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| ANDRE FLOTRON | : | April 9, 2018 |

GOVERNMENT'S AMENDED EXHIBIT LIST

As described in court on April 6, 2018, the Government respectfully submits this further revised exhibit list for its case in chief at trial.

| Exhibit Number | Description | Bates Range/Identifier | Pre-Admitted |
|---|---|---|---|
| **GX 001** | Certain CME RAPID Data for Gold, Silver, Platinum, and Palladium Futures Contract Orders (appx. 2008-appx. 2013) | DOJ_00093503–DOJ_00093507; DOJ_00093508–DOJ_00093847; DOJ_00160323–DOJ_00160324; DOJ_00160509; DOJ_00288167–DOJ_00288338; DOJ_00224485; DOJ_01015972 | Yes |
| **GX 002** | Certain CME Market Depth Data (including ARMADA Data) for Gold, Silver, Platinum, and Palladium Futures Contract Orders (appx. 2008-appx. 2013) | DOJ_00093848–DOJ_00160322; DOJ_00160498; DOJ_00160499; DOJ_00160506; DOJ_00162400 | Yes |
| **GX 003** | Certain UBS SwisKey Order Data (appx. 2008-appx. 2013) | DOJ_00283206–DOJ_00283213 | Yes |
| **GX 004** | Certain Tag50 Registration Information | DOJ_00162400; DOJ_01006736; DOJ_01006737 | Yes |
| **GX 005** | Various CME Data Dictionaries | DOJ_00050182–DOJ_00050232; DOJ_00050256 | Yes |

| Exhibit Number | Description | Bates Range/Identifier | Pre-Admitted |
|---|---|---|---|
| GX 006 | Various RAPID Data Provided by UBS | DOJ_00035297–DOJ_00039079; DOJ_00091459–DOJ_00091461 | Yes |
| GX 007 | Flotron Compensation Report | DOJ_00091456 | |
| GX 007(a) | Flotron & Chan Compensation Summary | | |
| GX 008 | Flotron Performance Ratings | DOJ_00091458 | Yes |
| GX 009 | Flotron Training Verification File | DOJ_00161701 | Yes |
| GX 010 | Excerpt of UBS Training PowerPoint (Exchange Traded Derivatives Introductory Training Module) | DOJ_00034312 | Yes |
| GX 011(a) | Excerpt of UBS Training Materials (UBS-Market Conduct-Investment Bank) | DOJ_01020193 | Yes |
| GX 015 | Chan Performance Ratings 2007-2011 | DOJ_00091457 | Yes |
| GX 016 | Chan Performance Review 2007-2012 | DOJ_00093287 | Yes |
| GX 017 | Various UBS Org Charts | DOJ_00929189 DOJ_00929187 DOJ_00929185 DOJ_00929183 DOJ_00929180 DOJ_00929177 | Yes |
| GX 017(a) | UBS Org Chart (Sept. 2011) | DOJ_00007948 | |
| GX 018 | SwisKey Video | DOJ_00929159 | Yes |
| GX 019 | SwisKey Video | DOJ_00929160 | Yes |
| GX 020(a) | UBS Trading Floor #1 | DOJ_01005658 | Yes |
| GX 020(b) | UBS Trading Floor #2 | DOJ_01005660 | Yes |
| GX 020(c) | UBS Trading Floor #3 | DOJ_01005661 | Yes |
| GX 020(d) | UBS Trading Floor #4 | DOJ_01005662 | Yes |
| GX 020(e) | UBS Trading Floor #5 | DOJ_01005663 | Yes |
| GX 020(f) | UBS Trading Floor #6 | DOJ_01005664 | Yes |
| GX 021 | Exterior of UBS Trading Facility | DOJ_01005659 | Yes |
| GX 023 | Flotron Travel Records | DOJ_01020007–DOJ_01020010 | Yes |
| GX 023(a) | Summary of Flotron Travel Records | | |
| GX 024 | Chan Travel Records | DOJ_01020011 | Yes |
| GX 025 | Chan Agreement | DOJ_00160495 | |
| GX 025(a) | Soler Agreement | DOJ_01023095 | |

| Exhibit Number | Description | Bates Range/Identifier | Pre-Admitted |
|---|---|---|---|
| **GX 026** | Email:  June 4, 2010 | DOJ_00288119 | Yes |
| **GX 027** | Email:  November 6, 2012 | DOJ_00288112 | Yes |
| **GX 028** | Email:  November 9, 2012 | DOJ_00288126 | Yes |
| **GX 029** | Email:  November 28, 2012 | DOJ_00288103 | Yes |
| **GX 030** | Email:  February 5, 2013 | DOJ_00288111 | Yes |
| **GX 031** | Email:  June 5, 2013 | DOJ_00288099 | Yes |
| **GX 032** | Email:  August 12, 2013 | DOJ_00288131 | Yes |
| **GX 033** | Email:  January 8, 2014 | DOJ_00288124 | Yes |
| **GX 034(a)** | Chan Notes (Native) | | |
| **GX 034(b)** | Chan Notes | DOJ_00288148 | |
| **GX 034(c)** | Chain of Custody | DOJ_01006547–DOJ_01006550 | |
| **GX 035** | Chat:  February 5, 2008 | DOJ_00000972 | |
| **GX 036** | Chat:  March 18, 2008 | DOJ_00006512 | |
| **GX 036(a)** | Email:  June 23, 2008 | DOJ_00163340 | Yes |
| **GX 036(b)** | Email:  July 1, 2008 | UBSUK_ZINCQ_000005766 | |
| **GX 037** | Chat:  October 22, 2008 | DOJ_00033575 | |
| **GX 038** | Chat:  December 11, 2008 | DOJ_00007187 | |
| **GX 039** | Email:  December 19, 2008 | DOJ_00169931 | |
| **GX 040** | Chat: January 7, 2009 | DOJ_00001198 | |
| **GX 041** | Chat: January 8, 2009 | DOJ_00001210 | |
| **GX 042** | Chat: March 4, 2009 | DOJ_00001389 | |
| **GX 043** | Chat: March 20, 2009 | DOJ_00033578 | Yes |
| **GX 044** | Email:  April 30, 2009 | DOJ_00177859 | |
| **GX 045** | Chat: May 18, 2009 | DOJ_00032792 | Yes |
| **GX 046** | Chat: September 2, 2009 | DOJ_00027513 | Yes |
| **GX 047** | Chat: October 16, 2009 | DOJ_00007425 | Yes |
| **GX 048** | Chat: November 3, 2009 | DOJ_00001736 | |
| **GX 049** | Chat: November 27, 2009 | DOJ_00039118 | |
| **GX 050** | Chat: February 24, 2010 | DOJ_00001852 | |
| **GX 050(a)** | Chat: April 13, 2010 | DOJ_00006680 | |
| **GX 051** | Chat: April 30, 2010 | DOJ_00039085 | |
| **GX 051(a)** | Chat: April 30, 2010 | DOJ_00006582 | |
| **GX 051(b)** | Chat: August 2, 2010 | DOJ_00006955–DOJ_00006959 | |
| **GX 052** | Chat: August 31, 2010 | DOJ_00006942 | |
| **GX 052(a)** | Chat: March 20, 2011 | DOJ_00033590–DOJ_00033591 | |

| Exhibit Number | Description | Bates Range/Identifier | Pre-Admitted |
|---|---|---|---|
| GX 052(b) | Chat: January 7, 2011 | DOJ_00002594–DOJ_00002608 | Yes |
| GX 053(a) | Email/Chat: March 16, 2011 (In German) | DOJ_00185533 | |
| GX 053(b) | Email/Chat: March 16, 2011 (English Translation) | | |
| GX 053(c) | Chat: March 29, 2011 | DOJ_00003355–DOJ_00003372 | Yes |
| GX 053(d) | Chat: March 29, 2011 | DOJ_00003373–DOJ_00003378 | Yes |
| GX 054 | Chat: April 1, 2011 | DOJ_00001888 | |
| GX 055 | Email: May 9, 2011 | DOJ_00007445 | |
| GX 056 | Email: June 6, 2011 | DOJ_00007416 | |
| GX 057(a) | Email/Chat: July 11, 2011 (In German) | DOJ_00188680 | |
| GX 057(b) | Email/Chat: July 11, 2011 (English Translation) | | |
| GX 058 | Email/Chat: August 11, 2011 | DOJ_00005568 | Yes |
| GX 059 | Email/Chat: August 12, 2011 | DOJ_00005602 | Yes |
| GX 060 | Email: August 15, 2011 | DOJ_00189347 | Yes |
| GX 061 | Chat: August 22, 2011 | DOJ_00001908 | |
| GX 062 | Chat: April 25, 2011 | DOJ_00007196 | |
| GX 063 | Email/Chat: November 17, 2011 | DOJ_00191390 | Yes |
| GX 064 | Email/Chat: November 28, 2011 | DOJ_00191490 | Yes |
| GX 065 | Email/Chat: December 9, 2011 | DOJ_00191740 | |
| GX 066 | Email/Chat: December 9, 2011 | DOJ_00191742 | |
| GX 067 | Email/Chat: December 12, 2011 | DOJ_00191754 | Yes |
| GX 068 | Email: January 16, 2012 | DOJ_00192260 | Yes |
| GX 069 | Email/Chat: January 24, 2012 | DOJ_00928794 | |
| GX 069(a) | Email/Chat: February 29, 2012 | DOJ_00192780 | Yes |
| GX 070 | Email/Chat: March 12, 2012 | DOJ_00192917 | |
| GX 071 | Email/Chat: April 13, 2012 | DOJ_00193425 | |
| GX 072 | Email/Chat: May 31, 2012 | DOJ_00194683 | Yes |
| GX 073 | Email: June 6, 2012 | DOJ_00012461 | |
| GX 073(a) | Chat: July 31, 2012 | DOJ_00039125 | |
| GX 074 | Email/Chat: August 6, 2012 | DOJ_00928800 | Yes |
| GX 075 | Email/Chat: August 28, 2012 | DOJ_00007433 | |
| GX 076 | Email/Chat: September 4, 2012 | DOJ_00195512 | Yes |
| GX 077 | Email/Chat: September 4, 2012 | DOJ_00007440 | Yes |
| GX 078 | Email/Chat: October 3, 2012 | DOJ_00214860 | Yes |

| Exhibit Number | Description | Bates Range/Identifier | Pre-Admitted |
|---|---|---|---|
| **GX 079** | Email/Chat: October 23, 2012 | DOJ_00217353 | Yes |
| **GX 080** | Email/Chat: October 24, 2012 | DOJ_00217397 | Yes |
| **GX 081** | Email/Chat: October 26, 2012 | DOJ_00217462 | Yes |
| **GX 082** | Email/Chat: October 26, 2012 | DOJ_00928814 | Yes |
| **GX 082(a)** | Email/Chat: November 26, 2012 | DOJ_00012683 | |
| **GX 082(b)** | Email: November 9, 2012 | DOJ_00288126 | Yes |
| **GX 083** | Email/Chat: June 26, 2013 | DOJ_00049799 | |
| **GX 084** | Email: April 30, 2009 | DOJ_00160551 | |
| **GX 085** | Email: March 2, 2010 | DOJ_00160767 | |
| **GX 086** | Email: March 16, 2010 | DOJ_00160779 | |
| **GX 100** | Buy-Side Episode (animated) | Demonstrative | |
| **GX 101** | Sell-Side Episode (animated) | Demonstrative | |
| **GX 102** | April 5, 2011, Flotron Trading Activity (animated) | GX 001–GX 006 | |
| **GX 102(a)** | April 5, 2011, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 103** | June 28, 2012, Flotron Trading Activity (animated) | GX 001–GX 006 | |
| **GX 103(a)** | June 28, 2012, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 104** | June 28, 2012, Flotron Trading Activity (animated) | GX 001–GX 006 | |
| **GX 104(a)** | June 28, 2012, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 105** | August 7, 2012, Flotron Trading Activity (animated) | GX 001–GX 006 | |
| **GX 105(a)** | August 7, 2012, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 106** | February 15, 2013, Flotron Trading Activity (animated) | GX 001–GX 006 | |
| **GX 106(a)** | February 15, 2013, Flotron Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 107** | February 28, 2010, Chan Trading Activity (animated) | GX 001–GX 006 | |
| **GX 107(a)** | February 28, 2010, Chan Trading Activity (annotated) | GX 001–GX 006 | |
| **GX 108** | March 9, 2010, Chan Trading Activity (animated) | GX 001–GX 006 | |
| **GX 108(a)** | March 9, 2010, Chan Trading Activity (annotated) | GX 001–GX 006 | |

| Exhibit Number | Description | Bates Range/Identifier | Pre-Admitted |
|---|---|---|---|
| GX 126 | Omnibus Collection of Flotron Trading Episodes (375 episodes) (annotated) | GX 001–GX 006 | |
| GX 126A | Flotron Trading Episodes Category #1 (select) | GX 001–GX 006 | |
| GX 126AA | Flotron Trading Episodes Category #1 (all) | GX 001–GX 006 | |
| GX 126B | Flotron Trading Episodes Category #2 (select) | GX 001–GX 006 | |
| GX 126BB | Flotron Trading Episodes Category #2 (all) | GX 001–GX 006 | |
| GX 126C | Flotron Trading Episodes Category #3 (select) | GX 001–GX 006 | |
| GX 126CC | Flotron Trading Episodes Category #3 (all) | GX 001–GX 006 | |
| GX 126D | Flotron Trading Episodes Category #4 (select) | GX 001–GX 006 | |
| GX 126DD | Flotron Trading Episodes Category #4 (all) | GX 001–GX 006 | |
| GX 126E | Flotron Trading Episodes Category #5 | GX 001–GX 006 | |
| GX 126F | Flotron Trading Episodes Category #6 | GX 001–GX 006 | |
| GX 127 | Omnibus Collection of Chan Trading Episodes (157 episodes) (annotated) | GX 001–GX 006 | |
| GX 130 | Number of Episodes by Year (Flotron) | GX 001–GX 006 | |
| GX 131 | Flotron Number of Episodes by Product | GX 001–GX 006 | |
| GX 132 | Flotron Number of Episodes by Large Order Side | GX 001–GX 006 | |
| GX 133 | Flotron Orders by Type: Iceberg/Non-Iceberg | GX 001–GX 006 | |
| GX 134 | Flotron Larges Orders by Size | GX 001–GX 006 | |
| GX 135 | Flotron Large Order Cancellations | GX 001–GX 006 | |
| GX 136 | Average Order Size Statistics (Silver) (static) | GX 001–GX 006 | |
| GX 136(a) | Average Order Size Statistics (Silver) (animated) | GX 001–GX 006 | |
| GX 137 | Average Order Size Statistics (Gold) (static) | GX 001–GX 006 | |
| GX 137(a) | Average Order Size Statistics (Gold) (animated) | GX 001–GX 006 | |
| GX 138 | Flotron Trade Comparisons: Average Price Levels | GX 001–GX 006 | |

| Exhibit Number | Description | Bates Range/Identifier | Pre-Admitted |
|---|---|---|---|
| **GX 139** | Flotron Trade Comparisons:  Median Times | GX 001–GX 006 | |
| **GX 140** | Flotron Trade Comparisons:  Average Number of Contracts and Notional Amount (static) | GX 001–GX 006 | |
| **GX 140(a)** | Flotron Trade Comparisons:  Average Number of Contracts and Notional Amount (animated) | GX 001–GX 006 | |
| **GX 141** | Flotron Large Orders:  Average Number of Contracts at Levels 1-5 (static) | GX 001–GX 006 | |
| **GX 141(a)** | Flotron Large Orders:  Average Number of Contracts at Levels 1-5 (animated) | GX 001–GX 006 | |
| **GX 142** | Flotron Large Orders:  Average Number of Contracts at Levels 1-5 (static) | GX 001–GX 006 | |
| **GX 142(a)** | Flotron Large Orders:  Average Number of Contracts at Levels 1-5 (animated) | GX 001–GX 006 | |
| **GX 143** | Flotron Trade Comparisons:  Flotron Contracts Filled During Lifetime of Large Order | GX 001–GX 006 | |
| **GX 144** | Gain | GX 001–GX 006 | |
| **GX 145** | Gain (by Time) | GX 001–GX 006 | |
| **GX 146** | Market Impact | GX 001–GX 006 | |
| **GX 147** | Market Impact (Fills and Participants) | GX 001–GX 006 | |

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Avi Perry*

AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY
U.S. Attorney's Office
Connecticut Financial Center
157 Church St., Floor 25
New Haven, Connecticut  06510
(203) 821-3700 (telephone)
(203) 773-5377 (facsimile)
Avi.M.Perry@usdoj.gov

Federal Bar No. phv07156

SANDRA MOSER
Acting Chief, Fraud Section
U.S. Department of Justice

Robert Zink
Acting Principal Deputy Chief
Michael J. Rinaldi
Matthew F. Sullivan
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C.  20530
(202) 514-2000 (telephone)
(202) 514-0152 (facsimile)
Robert.Zink@usdoj.gov
Michael.Rinaldi@usdoj.gov
Matthew.Sullivan2@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that on April 9, 2018, a copy of the foregoing amended exhibit list was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY