

United States Department of Justice

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*     *(203) 821-3700*
*157 Church Street, 25th Floor*     *Fax (203) 773-5376*
*New Haven, Connecticut 06510*     *www.justice.gov/usao-ct*

April 10, 2018

The Honorable Jeffrey Alker Meyer
Richard C. Lee, United States Courthouse
141 Church Street
New Haven, Connecticut 06510

    Re: *United States v. Andre Flotron*, 3:17cr220(JAM)

Dear Judge Meyer:

    The Government respectfully submit this letter to apprise the Court of additional authority in support of the Government's Reply Brief Re: Front-Running Evidence (Doc. No. 189). In *United States v. Martinez*, 775 F.2d 31 (2d Cir. 1985), the Second Circuit stated:

> [I]t is well settled that a cross-examination attacking a witness's credibility and character will open the door to redirect examination rehabilitating the witness. Evidence whose probative value might not be thought to outweigh its prejudicial effect if offered on direct examination may well be admitted during redirect examination for the purpose of rebutting the false impression which resulted from cross examination.

*Martinez*, 775 F.2d at 37 (citations, quotation marks, and ellipses omitted). That is precisely the point the Government seeks to convey here.

                          Respectfully submitted,

                          JOHN H. DURHAM
                          UNITED STATES ATTORNEY

                          AVI M. PERRY
                          ASSISTANT UNITED STATES ATTORNEY

United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700 (telephone)
(203) 773-5377 (fax)
avi.m.perry@usdoj.gov
Federal Bar No. phv07156

SANDRA MOSER
Acting Chief, Fraud Section
U.S. Department of Justice

/s/ Robert Zink
Robert Zink
Acting Principal Deputy Chief, Fraud Section
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C. 20530
(202) 616-0429 (telephone)
(202) 616-1660 (fax)
robert.zink@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on March 10, 2018, a copy of the foregoing letter was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Avi Perry*

AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY