CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evid. 902(11)

The undersigned hereby declares, certifies, verifies, and states the following:

1. The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Government Exhibits:

   - GX 001
   - GX 002
   - GX 004
   - GX 005
   - GX 006

3. The records are originals or duplicates of domestic (United States) business records of CME Group Inc. or its affiliates or subsidiaries;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity;

6. The records were made by the regularly conducted business activity as a regular practice;

7. The records are regularly relied upon by the CME Group Inc. in its regularly conducted business; and

8. *I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

\_\_\_\_Khadija Waugh_____
Printed Name

_Director + Asst. General Counsel — Litigation_
Title

_CME Group Inc._
Company Name

_300 Vesey Street, New York, NY 10282_
Business Address

_3/15/18_
Date of Declaration/Execution

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evid. 902(11)

The undersigned hereby declares, certifies, verifies, and states the following:

1. The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Government Exhibits:

   - GX 003

3. The records are originals or duplicates of business records of UBS AG or its affiliates or subsidiaries;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity;

6. The records were made by the regularly conducted business activity as a regular practice;

7. The records are regularly relied upon by UBS AG in its regularly conducted business; and

8. *I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

_____
Joshua Dumas

Joshua Dumas
Printed Name

Executive Director
Title

UBS
Company Name

1285 6th Avenue, NY, NY 10019
Business Address

3/20/2018
Date of Declaration/Execution

2