

Marc L. Mukasey
Tel 212.801.6832
Fax 212.801.6400
mukaseym@gtlaw.com

April 14, 2018

<u>VIA CM/ECF</u>

The Honorable Jeffrey A. Meyer
U.S. District Judge for the District of Connecticut
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, Connecticut 06510

     Re: *United States v. Flotron*, S1 17 Cr. 220 (JAM)

Dear Judge Meyer:

     We write in response to the Court's request during the telephonic hearing on April 12, 2018, for a written submission concerning the dispute between the defense and XTX Markets ("XTX") over XTX's compliance with the subpoena issued to it.

     Since the telephonic hearing, the defense and XTX have reached an agreement that completes XTX's obligations pursuant to the subpoena. Accordingly, the defense is not seeking any relief from the Court at this time concerning XTX's compliance with the subpoena.

     Respectfully submitted,

     GREENBERG TRAURIG, LLP

     By:  /s/ Marc L. Mukasey
          Marc L. Mukasey (ct29885)
          Nathan J. Muyskens (phv09472)
          Daniel P. Filor (phv08911)
          200 Park Avenue
          New York, NY 10166
          Telephone: (212) 801-6832
          Facsimile: (212) 801-6400
          *Attorneys for Defendant Andre Flotron*

**AFFIRMATION OF SERVICE**

I hereby certify that on April 14, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
April 14, 2018

    /s/ Marc L. Mukasey
Marc L. Mukasey
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-6832
Facsimile: (212) 801-6400
Email: mukaseym@gtlaw.com