Crim-Trial (4/2/12)

HONORABLE: Jeffrey A. Meyer
DEPUTY CLERK: A. Walker/A. Campbell    RPTR/ECRO/TAPE: Diana Huntington
TOTAL TIME: 6 hours 38 minutes    USPO _____    INTERPRETER _____
DATE: 4/16/2018    START TIME: 8:31 a.m.    END TIME: 4:06 p.m.
LUNCH RECESS    FROM: 12:03 pm    TO: 1:00 pm
RECESS (if more than ½ hr)    FROM: _____    TO: _____

CRIMINAL NO. 17-cr-220 (JAM)    Deft #1

UNITED STATES OF AMERICA

vs

Andre Flotron

Avi Perry, Robert Zink
AUSA

M. Mukasey, N. Muyskens, D. Filor
Defendant's Counsel

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 16 and ___ alternates report [x] Jury sworn.
- [ ] Juror # _____ excused [ ] Alternates excused
- [ ] Deft _____ Failed to appear. Bench warrant issued.
- [x] [x] Jury Trial held [x] Jury Trial continued until 4/17/2018 at 8:30am
- [ ] [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
- [ ] ..# Deft _____ motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ..# Deft _____ motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ..# Deft _____ motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ..# Deft _____ motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ..# Govt's motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ..# Govt's motion _____ [x] granted [ ] denied [ ] advisement
- [ ] Deft _____ oral motion _____ [x] granted [ ] denied [ ] advisement
- [ ] Deft _____ oral motion _____ [x] granted [ ] denied [ ] advisement
- [ ] Govt's oral motion _____ [x] granted [ ] denied [x] advisement
- [ ] Govt's oral motion _____ [x] granted [ ] denied [ ] advisement
- [ ] _____ [ ] filed
- [ ] _____ [ ] filed
- [ ] _____ [ ] filed
- [ ] _____ [ ] filed
- [ ] _____ [ ] filed
- [ ] _____ [ ] filed
- [ ] [ ] Government rests [ ] Defendant _____ rests
- [ ] [ ] Summation held [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Indictment [ ] Information [ ] Verdict form handed to the Jury
- [ ] Jury commences deliberations at _____
- [ ] Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- [ ] SEE [ ] page II [ ] for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ Court declares MISTRIAL as to Defendant _____
- ☐ Jury Verdict filed
- ☐ Oral Verdict
- ☐ Court Verdict
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ Court accepts verdict and orders verdict verified and recorded
- ☐ Jury polled
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Prob 246B Order for PSI & Report
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Deft _____ REMANDED to custody
- ☐ Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

### NOTES OR MISCELLANEOUS PROCEEDINGS