Crim-Trial (4/2/12)

HONORABLE: **Jeffrey A. Meyer**
DEPUTY CLERK **A. Walker**     RPTR/ECRO/TAPE **Diana Huntington**
TOTAL TIME: **5** hours **14** minutes    USPO _____    INTERPRETER _____
DATE: **4/20/2018**    START TIME: **8:35 am**    END TIME: **2:19 pm**
LUNCH RECESS   FROM: **12:35 pm**   TO: **1:05 PM**
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CRIMINAL NO. **17-cr-220 (JAM)**     Deft # **1**

UNITED STATES OF AMERICA                    Avi Perry, Robert Zink
                                             AUSA
vs
Andre Flotron                                M. Mukasey, N. Muyskens, D. Filor
                                             Defendant's Counsel

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of **16** and ____ alternates report ☐ Jury sworn.
- ☐ Juror # _____ excused ☐ Alternates excused
- ☐ Deft _____ Failed to appear. Bench warrant issued.
- [x] ☒ Jury Trial held  ☒ Jury Trial continued until **4/23/2018** at **8:30am**
- ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- ☐..# Deft _____ motion _____   ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____   ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____   ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____   ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion _____          ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion _____          ☐ granted ☐ denied ☐ advisement
- [x] Deft _____ oral motion **for Judgment of Acquittal**   ☐ granted ☐ denied ☒ advisement
- ☐ Deft _____ oral motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____          ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____          ☐ granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- [x] ☒ Government rests ☐ Defendant _____ rests
- ☐ Summation held ☐ Court's Charge to the Jury
- ☐ All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- ☐ Jury commences deliberations at _____
- ☐ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ Court declares MISTRIAL as to Defendant _____
- ☐ Jury Verdict filed
- ☐ Oral Verdict
- ☐ Court Verdict
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ Court accepts verdict and orders verdict verified and recorded
- ☐ Jury polled
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Prob 246B Order for PSI & Report
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Deft _____ REMANDED to custody
- ☐ Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

NOTES OR
MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____