# Exhibit B

*United States v. Flotron*
17-CR-00220 (JAM)
Defendant's Statistical Exhibits
(March 23, 2018)

| Exhibit Number | Exhibit Description |
|---|---|
| 1001 | Flotron Orders / Trades - Totals by Year |
| 1002 | Flotron Orders / Trades - Totals by Size |
| 1003 | Flotron Orders / Trades - Totals by Order Type |
| 1004 | Chan Orders / Trades - Totals by Year |
| 1005 | Chan Orders / Trades - Totals by Size |
| 1006 | Chan Orders / Trades - Totals by Order Type |
| 1007 | UBS PM Traders - Totals by Year |
| 1008 | UBS PM Traders - Totals by Size |
| 1009 | UBS PM Orders / Trades - Totals by Order Type |
| 1010 | Flotron Number of Omnibus Orders/Trades vs. Flotron Total Orders/Trades |
| 1011 | Flotron Number of Omnibus Orders/Trades vs. UBS PM Total Orders/Trades |
| 1012 | Chan Number of Omnibus Orders/Trades vs. Chan Total Orders/Trades |
| 1013 | Chan Number of Omnibus Orders/Trades vs. UBS PM Total Orders/Trades |
| 1014 | Chan Total Spoof Trades |
| 1015 | Flotron Fill Rates |
| 1016 | Flotron Cancelation Rates |
| 1017 | Chan Fill Rates |
| 1018 | Chan Cancelation Rates |
| 1019 | UBS PM Trader Fill Rates |
| 1020 | UBS PM Trader Cancelation Rates |
| 1021 | Counterparty Fill Rates |
| 1022 | Counterparty Cancelation Rates |
| 1023 | Flotron Fill Rates - Larger Orders |
| 1024 | Flotron Cancelation Rates - Larger Orders |
| 1025 | Chan Fill Rates - Larger Orders |
| 1026 | Chan Cancelation Rates - Larger Orders |
| 1027 | UBS PM Trader Fill Rates - Larger Orders |
| 1028 | UBS PM Trader Cancelation Rates - Larger Orders |
| 1029 | Counterparty Fill Rates - Larger Orders |
| 1030 | Counterparty Cancelation Rates - Larger Orders |
| 1031 | Flotron/Chan Omnibus Trades - Order Sizes |

| | |
|---|---|
| 1032 | Flotron/Chan Omnibus Trades - Duration |
| 1033 | Flotron/Chan Omnibus Trades - Market Depth |
| 1034 | Flotron/Chan Omnibus Trades - Time of Day |
| 1035 | Flotron/Chan Omnibus Trades - Date of Trade |
| 1036 | Flotron/Chan Omnibus Trades - Time from Fill Until Cancel |
| 1037 | Flotron/Chan Omnibus Trades - Larger Order/Smaller Order Ratio |
| 1038 | Cancelation Frequency in Market |
| 1039 | Fill Frequency in Market |
| 1040 | Order Duration in Market |
| 1041 | Larger Order Frequency in Market |
| 1042 | Larger Order Cancelation Frequency in Market |
| 1043 | Larger Order Fill Frequency in Market |
| 1044 | Larger Order Duration in Market |
| 1045 | Flotron - Frequency of Filling Standalone Iceberg Orders |
| 1046 | Flotron - Examples of Filling Standalone Iceberg Orders |
| 1047 | Flotron - Frequency of Canceling Standalone Iceberg Orders |
| 1048 | Flotron - Examples of Canceling Standalone Iceberg Orders |
| 1049 | Flotron - Frequency of Filling Standalone Large Orders |
| 1050 | Flotron - Examples of Filling Standalone Large Orders |
| 1051 | Flotron - Frequency of Cancelation of Standalone Large Orders |
| 1052 | Flotron - Examples of Cancelation of Standalone Large Orders |
| 1053 | Flotron - Frequency of Simultaneous Buying and Selling |
| 1054 | Flotron - Examples of Simultaneous Buying and Selling |
| 1055 | Flotron - Frequency of Filling of Larger Orders Opposite Smaller Orders |
| 1056 | Flotron - Examples of Filling of Larger Orders Opposite Smaller Orders |
| 1057 | Counterparties - Frequency of Simultaneous Buying and Selling |

| | |
|---|---|
| 1058 | Counterparties - Examples of Simultaneous Buying and Selling |
| 1059 | April 5, 2011 - Flotron Trading Activity |
| 1060 | May 8, 2012 - Flotron Trading Activity |
| 1061 | June 28, 2012 - Flotron Trading Activity |
| 1062 | August 7, 2012 - Flotron Trading Activity |
| 1063 | January 21, 2013 - Flotron Trading Activity |
| 1064 | February 15, 2013 - Flotron Trading Activity |
| 1065 | September 17, 2013 - Flotron Trading Activity |
| 1066 | September 30, 2013 - Flotron Trading Activity |
| 1067 | February 28, 2010 - Chan Trading Activity |
| 1068 | March 9, 2010 - Chan Trading Activity |
| 1069 | April 5, 2011 - Counterparty Trading Activity |
| 1070 | May 8, 2012 - Counterparty Trading Activity |
| 1071 | June 28, 2012 - Counterparty Trading Activity |
| 1072 | August 7, 2012 - Counterparty Trading Activity |
| 1073 | January 21, 2013 - Counterparty Trading Activity |
| 1074 | February 15, 2013 - Counterparty Trading Activity |
| 1075 | September 17, 2013 - Counterparty Trading Activity |
| 1076 | September 30, 2013 - Counterparty Trading Activity |
| 1077 | February 28, 2010 - Counterparty Trading Activity |
| 1078 | March 9, 2010 - Counterparty Trading Activity |
| 1079 | April 5, 2011 - Counterparty Trading Activity |
| 1080 | April 5, 2011 - Flotron Trading Activity - Total Gain/Loss |
| 1081 | May 8, 2012 - Flotron Trading Activity - Total Gain/Loss |
| 1082 | June 28, 2012 - Flotron Trading Activity - Total Gain/Loss |
| 1083 | August 7, 2012 - Flotron Trading Activity - Total Gain/Loss |
| 1084 | January 21, 2013 - Flotron Trading Activity - Total Gain/Loss |
| 1085 | February 15, 2013 - Flotron Trading Activity - Total Gain/Loss |
| 1086 | September 17, 2013 - Flotron Trading Activity - Total Gain/Loss |
| 1087 | September 30, 2013 - Flotron Trading Activity - Total Gain/Loss |
| 1088 | February 28, 2010 - Chan Trading Activity - Total Gain/Loss |

| | |
|---|---|
| 1089 | March 9, 2010 - Chan Trading Activity - Total Gain/Loss |
| 1090 | May 8, 2012 - Marketwide Trading Activity During Trading Episode at Issue |
| 1091 | June 28, 2012 - Marketwide Trading Activity During Trading Episode at Issue |
| 1092 | August 7, 2012 - Marketwide Trading Activity During Trading Episode at Issue |
| 1093 | January 21, 2013 - Marketwide Trading Activity During Trading Episode at Issue |
| 1094 | February 15, 2013 - Marketwide Trading Activity During Trading Episode at Issue |
| 1095 | September 17, 2013 - Marketwide Trading Activity During Trading Episode at Issue |
| 1096 | September 30, 2013 - Marketwide Trading Activity During Trading Episode at Issue |
| 1097 | February 28, 2010 - Marketwide Trading Activity During Trading Episode at Issue |
| 1098 | March 9, 2010 - Marketwide Trading Activity During Trading Episode at Issue |
| 1099 | April 5, 2011 - Marketwide Trading Statistics |
| 1100 | May 8, 2012 - Marketwide Trading Statistics |
| 1101 | June 28, 2012 - Marketwide Trading Statistics |
| 1102 | August 7, 2012 - Marketwide Trading Statistics |
| 1103 | January 21, 2013 - Marketwide Trading Statistics |
| 1104 | February 15, 2013 - Marketwide Trading Statistics |
| 1105 | September 17, 2013 - Marketwide Trading Statistics |
| 1106 | September 30, 2013 - Marketwide Trading Statistics |
| 1107 | February 28, 2010 - Marketwide Trading Statistics |
| 1108 | March 9, 2010 - Marketwide Trading Statistics |