Crim-Trial (4/2/12)

HONORABLE: Jeffrey A. Meyer
DEPUTY CLERK: A. Walker         RPTR/ECRO/TAPE: Diana Huntington
TOTAL TIME: _____ hours  10  minutes    USPO _____ INTERPRETER _____
DATE: 4/24/2018   START TIME: 10:00 am   END TIME: 10:10 am
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO.   3:17-cr-220 (JAM)   Deft #1

UNITED STATES OF AMERICA

vs

Andre Flotron

Avi Perry, Robert Zink
AUSA

M. Mukasey, N. Muyskens, D. Filor
Defendant's Counsel

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of  12  and  4  alternates report ☐ Jury sworn.
- ☐ ☐ Juror # _____ excused ☐ Alternates excused
- ☐ Deft _____ Failed to appear. Bench warrant issued.
- [x] [x] Jury Trial held   ☐ Jury Trial continued until _____ at _____
- ☐ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- ☐..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..#___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..#___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ ☐ Government rests ☐ Defendant _____ rests
- ☐ ☐ Summation held ☐ Court's Charge to the Jury
- ☐ All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- ☐ Jury commences deliberations at _____
- ☐ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ Court declares MISTRIAL as to Defendant _____
- ☒ Jury Verdict filed
- ☐ Oral Verdict
- ☐ Court Verdict
  - ☐ ☐ guilty as to Deft _____ as to counts _____
  - ☐ ☐ guilty as to Deft _____ as to counts _____
  - ☐ ☐ guilty as to Deft _____ as to counts _____
  - ☐ ☐ guilty as to Deft _____ as to counts _____
  - ☒ ☒ not guilty as to Deft Andre Flotron as to counts 1
  - ☐ ☐ not guilty as to Deft _____ as to counts _____
  - ☐ ☐ not guilty as to Deft _____ as to counts _____
  - ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☒ Court accepts verdict and orders verdict verified and recorded
- ☒ Jury polled
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Prob 246B Order for PSI & Report
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Deft _____ REMANDED to custody
- ☐ Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

### NOTES OR MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____