UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDRE FLOTRON,<br>*Defendant.* | No. 3:17-cr-00220 (JAM) |

## JURY VERDICT FORM

**Count One**: We the jury unanimously find on the charge of conspiracy to commit commodities fraud that defendant Andre Flotron is

Not Guilty  **X**    Guilty  _____

*Your verdict must be unanimous. You may return a verdict of "Guilty" only if you unanimously conclude that the Government has proven all elements beyond a reasonable doubt. If you unanimously conclude that the Government has* not *proven any one of the elements beyond a reasonable doubt, then you* must *return a verdict of "Not Guilty".*

/s/
_____        April 25, 2018
Foreperson                                            Date