# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

UNITED STATES OF AMERICA

V.

ANDRE FLOTRON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:17-cr-220(JAM)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Jeffrey Alker Meyer
Signature of Judge

| Jeffrey Alker Meyer, | U.S. District Judge |
|---|---|
| Name of Judge | Title of Judge |

4/25/2018
Date