UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:17CR220(JAM) |
| | : | |
| v. | : | |
| | : | |
| ANDRE FLOTRON | : | April 25, 2018 |

GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The Government respectfully moves the Court to dismiss the Indictment (Doc. 14) in this matter with prejudice. Defense counsel does not object to this request.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/ *David E. Novick*

DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700 (telephone)
david.novick@usdoj.gov
Federal Bar No. phv02874

## CERTIFICATE OF SERVICE

       This is to certify that on April 25, 2018 a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/ *David E. Novick*

       DAVID E. NOVICK
       ASSISTANT UNITED STATES ATTORNEY