

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street<br>Hartford, CT 06103<br>Phone: 860.240.3200<br>Fax: 860.240.3211 | 141 Church Street<br>New Haven, CT 06510<br>Phone: 203.773.2140<br>Fax: 203.773.2334 | 915 Lafayette Boulevard<br>Bridgeport, CT 06604<br>Phone: 203.579.5861<br>Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

April 26, 2018

U. S. Attorney's Office-CT
157 Church Street
24th Floor
New Haven, CT 06519

Dear Attorney Perry

RE:       Case Name:    USA v Flotron
          Case Number:  3:17cr220(JAM)

As the above matter has concluded in this court, enclosed is/are the following Government's Exhibit(s).

Please acknowledge receipt of the Exhibit(s) on the copy of this letter and return it to the clerk's office in the envelope provided.

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, CLERK

By _____/s/_____
J. Pesta
Deputy Clerk

ACKNOWLEDGMENT: _____    DATE 4/26/18

*[FILED stamp: 2018 APR 26 A 11:30 U.S. DISTRICT COURT NEW HAVEN, CT]*