AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     CONNECTICUT

USA

V.

Flotron

**COURT EXHIBIT LIST**

Case Number:    3:17cr220(JAM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jeffreyfrey Alker Meyer | Avi Perry, Robert Zink | M. Mukasey, N. Muyskens, D. Filor |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/16/18-4/25/18 | Diana Huntington | Ariel Walker, A. Campbell |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/24/18 | X | X | Jury Note #1 |
| | | 4/25/18 | X | X | Jury Note #2 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

We have not reached unanimous decision, we are ready to be dismissed.

Jury Foreman


COURT'S EXHIBIT #1
17-cr-220  4/24/18

We have reached an unanimous decision

Jury Foreman

4/25/18
SO MAW
9:41 Am



COURT'S EXHIBIT
#2
17cr220 JAM   4/25/18