

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| Hartford, CT 06103 | New Haven, CT 06510 | Bridgeport, CT 06604 |
| Phone: 860.240.3200 | Phone: 203.773.2140 | Phone: 203.579.5861 |
| Fax: 860.240.3211 | Fax: 203.773.2334 | Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

April 26, 2018

Marc L. Mukasey
Greenberg Traurig - Park Ave NY
MetLife Bldg.
200 Park Avenue
New York, NY 10166

Dear Attorney Mukasey

RE:       Case Name:   USA v Flotron
          Case Number: 3:17cr220(JAM)

As the above matter has concluded in this court, enclosed is/are the following Defendant's Exhibit(s).

Please acknowledge receipt of the Exhibit(s) on the copy of this letter and return it to the clerk's office in the envelope provided.

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, CLERK

By _____/s/_____
   J. Pesta
   Deputy Clerk

ACKNOWLEDGMENT: Marc L. Mukasey/KSB     DATE 4/30/2018

*FILED 2018 MAY -3 P 1:45 U.S. DISTRICT COURT NEW HAVEN, CT*